**Exhibit B**

