**Exhibit B**

## THREE DAY NOTICE TO PAY RENT OR QUIT

**To:** Goli Nutrition Inc., a Delaware corporation ("Tenant"), with an address located at 8430-240 Santa Monica Boulevard, West Hollywood, CA 90069, c/o INCORP SERVICES, INC., 5716 Corsa Avenue, Suite 110, Westlake Village, CA 91362

**From:** Saddle Ranch APG LLC, a Delaware limited liability company ("Landlord"), with an address located at 100 Bayview Circle, Suite 310, Newport Beach, CA 92660

**Re:** Premises located at 3300 – 3390 Horseless Carriage Drive, Norco, CA 92860 ("Premises")

WITHIN THREE (3) DAYS after service upon you of this Notice (excluding Saturdays, Sundays, and other judicial holidays), you are hereby required to (a) pay the rent which has become past due for the Premises pursuant to that certain Single-Tenant Commercial/Industrial Lease dated as of March __, 2020, by and between Landlord's predecessor-in-interest and Tenant (as amended, the "Lease") in the amount of $510,956.03 for the month of March 2024, OR (b) turn over possession of the Premises to Landlord.

Payment shall be made to Landlord by mail or by personal delivery to Unire Real Estate Group, Inc., Landlord's authorized agent, at the following address and during the business hours:

> UNIRE REAL ESTATE GROUP, INC.
> 675 Placentia Avenue, Suite 200
> Brea, California 92821
> Attn: JoEtta Younger
> Telephone: (714) 990-2100
> Business Hours: 8:00 a.m. - 5:00 p.m.
> Monday through Friday
> (Holidays excepted)

This Notice is not a waiver of the Landlord's right to hold you responsible for any additional sums due under the Lease including, but not limited to, future rent loss; any and all damages to which the Landlord is entitled pursuant to law and/or in accordance with the Lease; and any other rights and remedies to which the Landlord is entitled.

PLEASE TAKE FURTHER NOTICE Landlord's acceptance of a partial rent payment after service of this notice upon you or after commencement of a civil action predicated upon this notice shall not constitute a waiver of any rights, including any rights Landlord may have to recover possession of the premises.

Dated: March 12, 2024

LANDLORD

**SADDLE RANCH APG LLC,**
a Delaware limited liability company

By: Alere Property Group LLC, a Delaware limited liability company, its sole member

By: _/s/ Douglas McGilvray_
Name: Douglas McGilvray
Title: Vice President

cc: legal@goli.com (via email)
billing@goli.com (via email)
Goli Nutrition Inc. (via overnight delivery at 3300 – 3390 Horseless Carriage Drive, Norco, California 92860)
Goli Nutrition Inc. (via overnight delivery at 8430-240 Santa Monica Boulevard, West Hollywood, CA 90069)
Goli Nutrition Inc. (via overnight delivery at 1 Westmount Square, Suite 1500, Westmount, Qubec, H3Z 2P9, Attn: Legal Department)
Morrison Cohen LLP (via overnight delivery at 909 Third Avenue, 27th Floor, New York, NY 10022, Attn: Latisha V. Thompson)
Health In Motion, LLC (via email at andrew@centr.com)

## PROOF OF SERVICE DECLARATION

I, _____, am over 18 years of age and declare that I served a copy of the above Three Day Notice to Pay or Quit, by personally delivering a copy to a person of suitable age and discretion at INCORP SERVICES, INC., 5716 Corsa Avenue, Suite 110, Westlake Village, CA 91362, namely (choose appropriate person) [Steven Pickett, title _____] [Chris Duque, _____] [Jordan Cerrillo, _____] [Nichole Wheeler, _____] (name(s) and title(s) of person served) on _____(date), at _____, _____.m (time), which person represented to me that he/she is _____ (insert age) years of age; and that his/her relationship to the Tenant to be served is _____.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____, ___, 2024 (date), at _____, California

_____
Signature of Person Making Service