# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| Canadian Overseas Petroleum Limited, *et al.*, | Case No. 24-10376 (JTD) |
| Debtors in a foreign proceeding. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Larry Taylor, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On March 11th, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 03/11/2024 | 13 | Agenda of Matters Scheduled for Telephonic Hearing Filed by Canadian Overseas Petroleum Limited. Hearing scheduled for 3/12/2024 at 03:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (Flasser, Gregory) (Entered: 03/11/2024) |

X _____
Larry Taylor

Dated: March 12th, 2024
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 12th day of March 2024, by Larry Taylor, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

[Notary Seal: DAVID TYLER KITTO, MY COMMISSION EXPIRES OCT. 10, 2025, NOTARY PUBLIC, STATE OF DELAWARE]

# EXHIBIT A

| | |
|---|---|
| Aleksandra Owad<br>Address on File | Alpha Flowback Corp.<br>PO Box 79175<br>Saginaw Texas 76179<br>United States of America |
| Altitude Communications<br>#520, 2710-17AVE SE<br>Calgary Alberta T2A 0P6<br>Canada | American Mobile Research, Inc.<br>PO Box 2909<br>Casper Wyoming 82602<br>United States of America |
| American Tubular Inspection, Inc.<br>P.O. Box 2350<br>Mills Wyoming 82644<br>United States of America | Anavio Capital Partners LLP<br>11a Regent Street, St James's<br>London  SW1Y 4LR<br>United Kingdom |
| Baker Hughes<br>P.O. Box 301057<br>Dallas Texas 75303-1057<br>United States of America | Blakeman Propane Inc<br>P.O. BOX 45<br>Moorcroft Wyoming 82721<br>United States of America |
| Bondegard Enterprises LLC<br>PO Box 2945<br>Casper Wyoming 82602<br>United States of America | BP Energy Company<br>1 St James's Square<br>London  SW1Y4PD<br>United Kingdom |

| | |
|---|---|
| Brent's Pumping Service<br>P.O. Box 1126<br>Douglas Wyoming 82633<br>United States of America | Brown Drew Massey & Durham LLP<br>159 N Wolcott Ste 200<br>Casper Wyoming 82601<br>United States of America |
| Cavalcanti Hume Funfer Inc<br>130 KING STREET SUITE 1900<br>THE EXCHANGE TOWER<br>Toronto Ontario M5X 1J5<br>Canada | Cameron International Corp<br>P.O. Box 731412<br>Dallas Texas 75373<br>United States of America |
| Central Wyoming Production Services<br>P O Box 897<br>Glenrock Wyoming 82637-0897<br>United States of America | Chubb<br>PO BOX 382001<br>Pittsburgh Pennsylvania 15250-8001<br>United States of America |
| Circuit Trucking, LLC<br>480 W. 3rd N.<br>Sugar City Idaho 83448<br>United States of America | Cole Creek Sheep Company<br>PO Box 2945<br>Casper Wyoming 82602<br>United States of America |
| Cole Schotz P.C.<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington Delaware 19801<br>United States of America | Computershare<br>ACCOUNTS RECEIVEABLE DEPT.<br>100 UNIVERSITY AVE 11th Floor<br>Toronto Ontario M5J 2Y1<br>Canada |

Converse County Treasurer
107 N 5th St Ste 129
Douglas Wyoming 82633-2448
United States of America

Yellow Jersey
33 STOCKWELL GREEN
London  SW99HZ
United Kingdom

CS Consulting LLC
4151 TEN MILE RD
Casper Wyoming 82604
United States of America

Cuesta Energy Inc.
12235 Lake Louise Way SE
Calgary Alberta T2J 2M2
Canada

Culligan
256 INDUSTRIAL ROAD
Cambridge Ontario N3H4R9
Canada

Davis Graham & Stubbs LLP
1550 Seventeenth St, Suite 500
Denver Colorado 80202
United States of America

De Lage Landed Financial Services Canada
C/O T4557
PO OBX 4557 STN A
Toronto Ontario M5W 0K1
Canada

Deloitte LLP
360 Main Street, Suite 2300
Winnipeg Manitoba R3C 3Z3
Canada

Dragon Products PES, Inc.
1655 Louisiana St.
Beaumount Texas 77701
United States of America

Eagle Coiled Tubing LLC
113 WY-59
Douglas Wyoming 82633
United States of America

ECI Industries LLC
74 Brubaker Road, PO Box 1375
Glenrock Wyoming 82637
United States of America

ECI LLC
74 Brubaker Road, PO Box 1375
Glenrock Wyoming 82637
United States of America

Edison Investments Research Ltd
280 HIGH HOLBORN
London  WC1V7EE
United Kingdom

Elite Oil Field Services LLC
PO Box 11
Kimball Nebraska 69145
United States of America

Energy Laboratories Inc
Department 6250, PO Box 4110
Woburn Massachusetts 01888-4110
United States of America

EquipmentShare.com, Inc
5710 BULL RUN DR, 5710 BULL RUN DR
Columbia Missouri 65201
United States of America

Ernst & Young LLP
PO BOX 57104
POSTAL STATION A
Toronto Ontario M5W5M5
Canada

Deferal Express
PO BOX 4626
STN A
Toronto Ontario M5W5B4
Canada

Dield LLP
#400, 444 7TH AVENUE
Calgary Alberta T2P0X8
Canada

G-Fab Welding LLC
107 State HWY 59
Douglas Wyoming 82633
United States of America

Gravity Power & Rental LLC
PO Box 734128
Dallas Texas 75373-4128
United States of America

Great Plains Analytical Services Inc
PO Box 682
Elk City Oklahoma 73648
United States of America

Harbison-Fischer, Inc
Harbison Fischer Manufacturing Company, P.O. Box 731403
Dallas Texas 75373-1403
United States of America

HP Oilfield Services, LLC
383 Inverness Parkway, Suite 330
Englewood Colorado 80112
United States of America

IFS Energy And Resources Canada LLC
LOCKBOX # C06006C
PO BOX 60 STATION M
Calgary Alberta T2P 2G9
Canada

IKON Science Limited
2FL CAUSEWAY HOUSE
THE CAUSEWAY, TEDDINGTON
Middlesex  TW11 0JR
United Kingdom

International Reservoir Technologies Inc
300 Union Blvd. Suite 400
Lakewood Colorado 80228
United States of America

Iron Mountain Inc
PO Box 915004
Dallas Texas 75391-5004
United States of America

J&H COMMUNICATIONS
7 COPTIC STREET
BLOOMSBURY
London  WC1A 1NH
United Kingdom

Jacam Catalyst, LLC
205 S Broadway, P.O. Box 96
Sterling Kansas 67579
United States of America

Jack Pratt Screen-Ad Co
409 N.E. 40th
Oklahoma City Oklahoma 73105
United States of America

Johnson Matthey Inc. DBA Tracerco
4106 New West Dr
Pasadena Texas 77507
United States of America

JRB Trucking, LLC
7 Ridge Road
Moorcroft Wyoming 82721
United States of America

Kenyon Trucking
4020 Grizzly
Casper Wyoming 82604
United States of America

Key Energy Services
1500 Citywest Blvd Ste 800
Houston Texas 77042
United States of America

Kirkland & Ellis LLP
300 North LaSalle
Chicago Illinois 60654
United States of America

Kirkland & Ellis LLP
601 Lexington Avenue
New York New York 10022
United States of America

KLX Energy Services, LLC
28099 Network Place
Chicago Illinois 60673-1280
United States of America

KSV Restructuring Inc.
220 Bay Street
13th Floor, PO Box 20
Toronto Ontario M5J 2W4
Canada

Liberty Communications
11990 Grant Street, Suite 550
Northglenn Colorado 80233
United States of America

London Stock Exchange
10 PATERNOSTER SQUARE
London  EC4M7LS
United Kingdom

MAC Property Services
318-13 ST NW
Calgary Alberta T2N 1Z2
Canada

McMahon Energy Partners LP
4545 S Monaco St, No. 144
Denver Colorado 80237-3460
United States of America

Meghan M Babcock
Address on File

Minnelusa Solutions LLC
PO Box 1622
Glenrock Wyoming 82637
United States of America

Montana Fluid Solutions, LLC
280 RD 450
Lindsay Montana 59339
United States of America

Northstar Energy
450 Alaskan Way S #707
Seattle Washington 98104
United States of America

Northwest Contractors Supply
664 CIRCLE DRIVE
Casper Wyoming 82601
United States of America

NOV Tuboscope
PO BOX 201177
Dallas Texas 75320-1177
United States of America

Office of the Attorney General of Colorado
1300 Broadway
10th Floor
Denver Colorado 80203
United States of America

| | |
|---|---|
| Office of the Attorney General of Delaware<br>820 N. French St.<br>Wilmington Delaware 19801<br>United States of America | Office of the Attorney General of Wyoming<br>200 W. 24th Street<br>109 State Capitol<br>Cheyenne Wyoming 82002<br>United States of America |
| Office of the United States Trustee<br>844 N. King Street<br>Rm 2207<br>Wilmington Delaware 19801<br>United States of America | Osler, Hoskin & Harcourt LLP<br>6200 - 1 First Canadian Place<br>Toronto Ontario M5X 1B8<br>Canada |
| Panhandle Oilfield Service Companies Inc.<br>14000 Quail Springs Parkway, Suite 300<br>Oklahoma City Oklahoma 73134<br>United States of America | Paradigm Hydraulics LLC<br>310 Limestone Ave.<br>Gillette Wyoming 82718<br>United States of America |
| Parkerton Ranch Inc<br>PO Box 2945<br>Casper Wyoming 82602<br>United States of America | PC Transport Inc<br>PO Box 880<br>Casper Wyoming 82602<br>United States of America |
| PEAK ADVISORY LTD<br>2318-17 STREET SE<br>UNIT 69<br>Calgary Alberta T2G 5R8<br>Canada | Precision Service Equipment LLC<br>3166 Pipe Ct<br>Grand Junction Colorado 81504<br>United States of America |

| | |
|---|---|
| Proactive Investors UK LTD<br>THE BUSINESS CENTRE, WOOL HOUSE<br>74 BACK CHURCH LANE<br>London  E11AF<br>UNITED KINGDOM | Ranger Energy Services<br>P.O. Box 207218<br>Dallas Texas 75320-7218<br>United States of America |
| Receiver General<br>CANADA REVENUE AGENCY, Technology Center<br>875 Heron Rd<br>Ottawa Ontario K1A 1B1<br>Canada | Republic Services<br>PO BOX 840730<br>Dallas Texas 75284<br>United States of America |
| Road Runner Service & Supply, LLC.<br>P.O. BOX 823<br>Douglas Wyoming 82633<br>United States of America | Rocky Mountain Energy Solutions Inc<br>PO Box E<br>Sheridan Wyoming 82801<br>United States of America |
| Rocky Mountain Oilfield Warehouse<br>414 So Elm<br>Casper Wyoming 82601<br>United States of America | Rocky Mtn Power<br>PO Box 26000<br>Portland Oregon 97256-0001<br>United States of America |
| ROGERS DATA CENTRES<br>ONE MOUNT PLEASANT RD.<br>5TH FLOOR<br>Toronto Ontario M4Y2Y5<br>Canada | RPS Well Service, LLC<br>3160 Perkins Drive<br>Grand Junction Colorado CO<br>United States of America |

| | |
|---|---|
| Ryder Scott Company LP<br>2800, 350-7th Avenue SW<br>Calgary Alberta T2P 3N9<br>Canada | Shaw Business<br>2400-32 AVENUE NE<br>Calgary Alberta T2E 9A7<br>Canada |
| State of Wyoming, Office of<br>Herschler Building 1E, 122 W 25th St<br>Cheyenne Wyoming 82002-0600<br>United States of America | Summit Partners<br>222 Berkeley Street, 18th Floor<br>Boston Massachusettes 2116<br>United States of America |
| TCRI Energy Services, Inc<br>1106 E Lincoln Street<br>Gillette Wyoming 82716<br>United States of America | The Armchair Trader<br>4TH FLOOR<br>36 SPITAL SQUARE<br>London E16DY<br>United Kingdom |
| The Cavins Corporation<br>1800 Bering Drive, Suite 760<br>Houston Texas 77057<br>United States of America | Thinktel Communications<br>740 NOTRE-DAME STREET WEST<br>SUITE 1135<br>Montreal Quebec H3C3X6<br>Canada |
| TNT Hydroline Inc<br>PO BOX 981<br>GIllette Wyoming 82717<br>United States of America | Tofte Energy Partners, Limited<br>PO Box 4221<br>Casper Wyoming 82604-0221<br>United States of America |

| | |
|---|---|
| UELS LLC<br>85 South 200 East<br>Vernal Utah 84078<br>United States of America | U-Know Service LLC<br>PO BOX 443<br>CASPER Wyoming 82602<br>United States of America |
| Unit 3 Tech, LLC<br>10308 E. 28th Ave<br>Denver Colorado 80238<br>United States of America | Vencer Group Inc.<br>3200, 715 5TH AVE SW<br>Calgary Alberta T2P 2X6<br>Canada |
| Vox Markets<br>Abacus House<br>14-18 FOREST RD<br>Loughton  1G101DX<br>United Kingdom | Wild West Construction LLC<br>PO BOX 1917, 95 55 Ranch RD<br>Glenrock Wyoming 82637<br>United States of America |
| Williams Scotsman, Inc<br>PO BOX 91975<br>Chicago Illinois 60693-1975<br>United States of America | Wyoming Machinery Company<br>PO BOX 2335<br>Casper Wyoming 82602<br>United States of America |