UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 15 |
|---|---|
| Canadian Overseas Petroleum Limited, *et al.*, | Case No. 24-10376 (JTD) |
| Debtors in a foreign proceeding. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Larry Taylor, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On March 15th, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents via the methods indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 03/11/2024 | 7 | Declaration in Support //Declaration of L. Katherine Good in Support of Ex Parte Motion for Relief in the Form of a Temporary Restraining Order and, After Notice and a Hearing, an Order for Provisional Relief Under Section 1519 of the Bankruptcy Code (related document(s)5, 6) Filed by Canadian Overseas Petroleum Limited. (Good, L. Katherine) (Entered: 03/11/2024) |
| 03/11/2024 | 10 | Declaration in Support //Declaration of David Rosenblat as Canadian Counsel to the Debtors in Support of the Debtors' Chapter 15 Petitions and Requests for Certain Related Relief Pursuant to Chapter 15 of the Bankruptcy Code Filed by Canadian Overseas Petroleum Limited. (Good, L. Katherine) (Entered: 03/11/2024) |
| 03/11/2024 | 11 | Declaration in Support //Declaration of Peter Kravitz in Support of the Debtors' Verified Petition for (I) Recognition of Foreign Main Proceedings, or, in the Alternative, Foreign Non-Main Proceedings, (II) Recognition of Foreign Representative, and (III) Related Relief Under Chapter 15 of the Bankruptcy Code (related document(s)8, 9) Filed by Canadian Overseas Petroleum Limited. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Good, L. Katherine) (Entered: 03/11/2024) |
| 03/13/2024 | 29 | Order (A) Scheduling a Hearing on Recognition of Chapter 15 Petition, (B) Specifying Form and Manner of Service of Notice, and (C) Authorizing Redaction of Certain Personally Identifiable Information of Individual Stakeholders (related document(s)4) Order Signed on 3/13/2024. (Attachments: # 1 Exhibit 1) (LJH) (Entered: 03/13/2024) |

| | | |
|---|---|---|
| 03/15/2024 | 31 | Notice of Hearing //Notice of (A) Filing of Chapter 15 Petition and Related Chapter 15 Documents Seeking Recognition of Canadian Proceedings as Foreign Main Proceedings and (B) Recognition Hearing (related document(s)3, 5, 6, 8, 9, 28) Filed by Canadian Overseas Petroleum Limited. Hearing scheduled for 4/9/2024 at 02:30 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 4/2/2024. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Flasser, Gregory) (Entered: 03/15/2024) |

X _____
Larry Taylor

Dated: March 18th, 2024
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 18th day of March 2024, by Larry Taylor, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

[Notary Seal: DAVID TYLER KITTO, MY COMMISSION EXPIRES OCT. 10, 2025, NOTARY PUBLIC, STATE OF DELAWARE]

2

# EXHIBIT A

| | |
|---|---|
| **VIA FIRST CLASS MAIL:**<br>Alpha Flowback Corp.<br>PO Box 79175<br>Saginaw Texas 76179<br>United States of America | **VIA FIRST CLASS MAIL:**<br>Bondegard Enterprises LLC<br>PO Box 2945<br>Casper Wyoming 82602<br>United States of America |
| **VIA FIRST CLASS MAIL:**<br>Cole Creek Sheep Company<br>PO Box 2945<br>Casper Wyoming 82602<br>United States of America | **VIA FIRST CLASS MAIL:**<br>Converse County Treasurer<br>107 N 5th St Ste 129<br>Douglas Wyoming 82633-2448<br>United States of America |
| | **VIA FIRST CLASS MAIL:**<br>Dragon Products PES, Inc.<br>1655 Louisiana St.<br>Beaumount Texas 77701<br>United States of America |
| **VIA FIRST CLASS MAIL:**<br>Eagle Coiled Tubing LLC<br>113 WY-59<br>Douglas Wyoming 82633<br>United States of America | **VIA FIRST CLASS MAIL:**<br>ECI Industries LLC<br>74 Brubaker Road, PO Box 1375<br>Glenrock Wyoming 82637<br>United States of America |
| **VIA FIRST CLASS MAIL:**<br>ECI LLC<br>74 Brubaker Road, PO Box 1375<br>Glenrock Wyoming 82637<br>United States of America | **VIA FIRST CLASS MAIL:**<br>Ernst & Young LLP<br>PO BOX 57104<br>POSTAL STATION A<br>Toronto Ontario M5W5M5<br>Canada |

| | |
|---|---|
| **VIA FIRST CLASS MAIL:**<br>HP Oilfield Services, LLC<br>383 Inverness Parkway, Suite 330<br>Englewood Colorado 80112<br>United States of America | **VIA FIRST CLASS MAIL:**<br>Jacam Catalyst, LLC<br>205 S Broadway, P.O. Box 96<br>Sterling Kansas 67579<br>United States of America |
| **VIA FIRST CLASS MAIL:**<br>JRB Trucking, LLC<br>7 Ridge Road<br>Moorcroft Wyoming 82721<br>United States of America | **VIA FIRST CLASS MAIL:**<br>KSV Restructuring Inc.<br>220 Bay Street<br>13th Floor, PO Box 20<br>Toronto Ontario M5J 2W4<br>Canada |
| **VIA FIRST CLASS MAIL:**<br>Office of the Attorney General of Colorado<br>1300 Broadway<br>10th Floor<br>Denver Colorado 80203<br>United States of America | **VIA FIRST CLASS MAIL:**<br>Office of the Attorney General of Delaware<br>820 N. French St.<br>Wilmington Delaware 19801<br>United States of America |
| **VIA FIRST CLASS MAIL:**<br>Office of the Attorney General of Wyoming<br>200 W. 24th Street<br>109 State Capitol<br>Cheyenne Wyoming 82002<br>United States of America | **VIA FIRST CLASS MAIL:**<br>Office of the United States Trustee<br>844 N. King Street<br>Rm 2207<br>Wilmington Delaware 19801<br>United States of America |
| **VIA FIRST CLASS MAIL:**<br>Osler, Hoskin & Harcourt LLP<br>6200 - 1 First Canadian Place<br>Toronto Ontario M5X 1B8<br>Canada | **VIA FIRST CLASS MAIL:**<br>PC Transport Inc<br>PO Box 880<br>Casper Wyoming 82602<br>United States of America |

| | |
|---|---|
| **VIA FIRST CLASS MAIL:**<br>Precision Service Equipment LLC<br>3166 Pipe Ct<br>Grand Junction Colorado 81504<br>United States of America | **VIA FIRST CLASS MAIL:**<br>RPS Well Service, LLC<br>3160 Perkins Drive<br>Grand Junction Colorado CO<br>United States of America |
| **VIA FIRST CLASS MAIL:**<br>Ryder Scott Company LP<br>2800, 350-7th Avenue SW<br>Calgary Alberta T2P 3N9<br>Canada | **VIA FIRST CLASS MAIL:**<br>Summit Partners<br>222 Berkeley Street, 18th Floor<br>Boston Massachusettes 2116<br>United States of America |
| **VIA FIRST CLASS MAIL:**<br>UELS LLC<br>85 South 200 East<br>Vernal Utah 84078<br>United States of America | **VIA FIRST CLASS MAIL:**<br>Wild West Construction LLC<br>PO BOX 1917, 95 55 Ranch RD<br>Glenrock Wyoming 82637<br>United States of America |
| **VIA FIRST CLASS & ELECTRONIC MAIL:**<br>Cole Schotz, P.C.<br>Justin Alberto; Andrew Roth-Moore<br>500 Delaware Ave., Suite 1410<br>Wilmington Delaware 19801<br>United States of America<br>jalberto@coleschotz.com<br>aroth-moore@coleschotz.com | **VIA FIRST CLASS & ELECTRONIC MAIL:**<br>Kirkland & Ellis LLP<br>Allyson B. Smith; Brian Schartz<br>601 Lexington Avenue<br>New York NY 10022<br>United States of America<br>allyson.smith@kirkland.com<br>brian.schartz@kirkland.com |
| **VIA FIRST CLASS & ELECTRONIC MAIL:**<br>Kirkland & Ellis LLP<br>Max M. Freedman<br>300 N. LaSalle<br>Chicago IL 60654<br>United States of America<br>max.freedman@kirkland.com | **VIA FIRST CLASS MAIL:**<br>Cassels, Brock & Blackwell LLP<br>Jeffrey Oliver<br>888 3rd Street SW<br>Suite 3810, Bankers Hall West<br>Calgary Alberta T2P 5C5<br>Canada |

**VIA FIRST CLASS MAIL:**
Cassels, Brock & Blackwell LLP
Ryan Jacobs
40 Temperance Street
Suite 3200, Bay Adelaide Centre - North Tower
Toronto Ontario M5H 0B4
Canada

**VIA FIRST CLASS MAIL:**
SHORELINE CANOVERSEAS PETROLEUM DEVELOPMENT
CORPORATION LIMITED
Arthur Millholland; Tunde Karim
41 Cedar Avenue
Cedar House 5th Floor
Hamilton  HM12
Bermuda

**VIA FIRST CLASS MAIL:**
ESSAR EXPLORATION AND PRODUCTION LIMITED, NIGERIA
Directors
46 Industrial Avenue
Shore Line House, Ilupeju
Lagos
Nigeria