UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 15 |
|---|---|
| Canadian Overseas Petroleum Limited, *et al.*, | Case No. 24-10376 (JTD) |
| Debtors in a foreign proceeding. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On April 4, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 04/04/2024 | 39 | HEARING CANCELLED. Notice of Agenda of Matters not going forward. The following hearing has been cancelled. Filed by Canadian Overseas Petroleum Limited. Hearing scheduled for 4/9/2024 at 02:30 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (Flasser, Gregory) (Entered: 04/04/2024) |

X _____
Laurie Heggan

Dated: April 4, 2024
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 4th day of April 2024, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2024

# EXHIBIT A

**Served Overnight**
Alpha Flowback Corp.
PO Box 79175
Saginaw Texas 76179

**Served Overnight**
Bondegard Enterprises LLC
PO Box 2945
Casper Wyoming 82602

**Served Overnight**
Cole Creek Sheep Company
PO Box 2945
Casper Wyoming 82602

**Served Overnight**
Converse County Treasurer
107 N 5th St Ste 129
Douglas Wyoming 82633-2448

**Served Overnight**
Eagle Coiled Tubing LLC
206 Oil Road
Pleasanton Texas 78064

**Served Overnight**
Dragon Products PES, Inc.
1655 Louisiana St.
Beaumount Texas 77701

**Served Overnight**
ECI LLC
74 Brubaker Road, PO Box 1375
Glenrock Wyoming 82637

**Served Overnight**
ECI Industries LLC
74 Brubaker Road, PO Box 1375
Glenrock Wyoming 82637

**Served Overnight**
HP Oilfield Services, LLC
383 Inverness Parkway, Suite 330
Englewood Colorado 80112

**Served Overnight**
Ernst & Young LLP
PO BOX 57104
POSTAL STATION A
Toronto Ontario M5W5M5
Canada

**Served Overnight**
JRB Trucking, LLC
7 Ridge Road
Moorcroft Wyoming 82721

**Served Overnight**
Jacam Catalyst, LLC
205 S Broadway, P.O. Box 96
Sterling Kansas 67579

**Served Overnight**
KSV Restructuring Inc.
220 Bay Street
13th Floor, PO Box 20
Toronto Ontario M5J 2W4
Canada

| | |
|---|---|
| **Served Overnight**<br>Office of the Attorney General of Colorado<br>1300 Broadway<br>10th Floor<br>Denver Colorado 80203 | **Served Overnight**<br>Office of the Attorney General of Delaware<br>820 N. French St.<br>Wilmington Delaware 19801 |
| **Served Overnight**<br>Office of the Attorney General of Wyoming<br>200 W. 24th Street<br>109 State Capitol<br>Cheyenne Wyoming 82002 | **Served Overnight**<br>Office of the United States Trustee<br>844 N. King Street<br>Rm 2207<br>Wilmington Delaware 19801 |
| **Served Overnight**<br>Osler, Hoskin & Harcourt LLP<br>6200 - 1 First Canadian Place<br>Toronto Ontario M5X 1B8<br>Canada | **Served Overnight**<br>PC Transport Inc<br>PO Box 880<br>Casper Wyoming 82602 |
| **Served Overnight**<br>Precision Service Equipment LLC<br>3166 Pipe Ct<br>Grand Junction Colorado 81504 | **Served Overnight**<br>RPS Well Service, LLC<br>3160 Perkins Drive<br>Grand Junction Colorado CO |
| **Served Overnight**<br>Ryder Scott Company LP<br>2800, 350-7th Avenue SW<br>Calgary Alberta T2P 3N9<br>Canada | **Served Overnight**<br>Summit Partners<br>222 Berkeley Street, 18th Floor<br>Boston Massachusettes 2116 |
| **Served Overnight**<br>UELS LLC<br>85 South 200 East<br>Vernal Utah 84078 | **Served Overnight**<br>Wild West Construction LLC<br>PO BOX 1917, 95 55 Ranch RD<br>Glenrock Wyoming 82637 |
| **Served via Email**<br>Cole Schotz, P.C.<br>Justin Alberto; Andrew Roth-Moore<br>500 Delaware Ave., Suite 1410<br>Wilmington Delaware 19801<br><br>aroth-moore@coleschotz.com; jalberto@coleschotz.com | **Served via Email**<br>Kirkland & Ellis LLP<br>Allyson B. Smith; Brian Schartz<br>601 Lexington Avenue<br>New York NY 10022<br><br>allyson.smith@kirkland.com; brian.schwartz@kirkland.com |

| **Served via Email** | **Served via Email** |
|---|---|
| Kirkland & Ellis LLP<br>Max M. Freedman<br>300 N. LaSalle<br>Chicago IL 60654<br><br>max.freedman@kirkland.com | Cassels, Brock & Blackwell LLP<br>Jeffrey Oliver<br>888 3rd Street SW<br>Suite 3810, Bankers Hall West<br>Calgary Alberta T2P 5C5<br>Canada<br>joliver@cassels.com |
| **Served via Email** | **Served via Email** |
| Cassels, Brock & Blackwell LLP<br>Ryan Jacobs<br>40 Temperance Street<br>Suite 3200, Bay Adelaide Centre - North Tower<br>Toronto Ontario M5H 0B4<br>Canada<br>rjacobs@cassels.com | SHORELINE CANOVERSEAS PETROLEUM DEVELOPMENT CORPORATION LIMITED<br>Arthur Millholland; Tunde Karim<br>41 Cedar Avenue<br>Cedar House 5th Floor<br>Hamilton  HM12<br>Bermuda |
| **Served Overnight** | **Served Overnight** |
| ESSAR EXPLORATION AND PRODUCTION LIMITED, NIGERIA<br>Directors<br>46 Industrial Avenue<br>Shore Line House, Ilupeju<br>Lagos<br>Nigeria | Anavio Capital Partners LLP<br>11a Regent Street<br>St James's<br>London  SW1Y 4LR<br>United Kingdom |