## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| GOLI NUTRITION INC., *et al.* | Case No. 24-10438 (LSS) |
| Debtors in a Foreign Proceeding | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Larry Taylor, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On March 25th, 2024, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents via the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 03/19/2024 | 1 | Chapter 15 Petition for Recognition of Foreign Proceeding. Fee Amount $1738 Filed by Goli Nutrition, Inc., Matthew B. McGuire. (McGuire, Matthew) (Entered: 03/19/2024) |
| 03/19/2024 | 2 | Exhibit(s) (Petitioner's Verified Petition Under Chapter 15 for Recognition of the Canadian Proceedings and Request for Related Relief Filed by Goli Nutrition, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Pierce, Matthew) (Entered: 03/19/2024) |
| 03/19/2024 | 6 | Affidavit/Declaration in Support of First Day Motion (Declaration of Noah Zucker in Support of (A) Petitioner's Verified Petition Under Chapter 15 for Recognition of the Canadian Proceedings and Request for Related Relief, (B) Motion for Provisional Relief, and (C) Motion for Order Enforcing CCAA Vesting Orders) Filed By Goli Nutrition, Inc. (Pierce, Matthew) (Entered: 03/19/2024) |
| 03/19/2024 | 8 | (REDACTED) Petitioner's Motion for Entry of an Order (I) Recognizing and Enforcing the RVO and Atos Sale Order, (II) Approving the Sale Transactions Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief (related document(s)7) Filed by Goli Nutrition, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Pierce, Matthew) (Entered: 03/19/2024) |
| 03/18/2024 | - | Initial Order, as Entered by the Canadian Court |
| 03/22/2024 | - | Sales Transaction Notice |

| | | | |
|---|---|---|---|
| 03/22/2024 | 31 | | Order Granting Provisional Relief Pursuant to Bankruptcy Code Section 1519 (Related Doc # 5) Order Signed on 3/22/2024. (CMB) (Entered: 03/22/2024) |
| 03/25/2024 | 39 | | Notice of Hearing (Notice of (I) Filing of (A) Petitions Pursuant to Chapter 15 of the Bankruptcy Code and (B) Petitioner's Sale Motion; (II) Entry of Provisional Relief Order; (III) Deadline to Object to Entry of Recognition Order and Sale Order; and (IV) Hearing for Court to Consider Chapter 15 Petitions, Sale Motion, Entry of Recognition Order and Sale Order) (related document(s)2, 7, 8) Filed by Goli Nutrition, Inc.. Hearing scheduled for 4/15/2024 at 12:00 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. Objections due by 4/8/2024. (Pierce, Matthew) (Entered: 03/25/2024) |
| 03/19/2024 | 1 | | Chapter 15 Petition for Recognition of Foreign Proceeding. Fee Amount $1738 Filed by Goli Nutrition, Inc., Goli Nutrition, Inc.. (McGuire, Matthew) (Entered: 03/19/2024) |

X _____
Larry Taylor

Dated: March 28th, 2024
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 28th day of March 2024, by Larry Taylor, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

DAVID TYLER KITTO
MY COMMISSION
EXPIRES
OCT. 10, 2025
NOTARY PUBLIC
STATE OF DELAWARE

2

# EXHIBIT A

**VIA ELECTRONIC MAIL:**
11028154 Canada Inc. c/o Davies Ward
Phillips and Vineberg LLP
egreenstone@dwpv.com

**VIA ELECTRONIC MAIL:**
11028154 Canada Inc. c/o Davies Ward
Phillips and Vineberg LLP
dee@goli.com; egreenstone@dwpv.com

**VIA ELECTRONIC MAIL:**
11028227 Canada Inc. c/o Davies Ward
Phillips and Vineberg LLP
egreenstone@dwpv.com

**VIA ELECTRONIC MAIL:**
11028227 Canada Inc. c/o Davies Ward
Phillips and Vineberg LLP
mike@goli.com; egreenstone@dwpv.com

**VIA ELECTRONIC MAIL:**
1WorldSync, Inc. (Altus Receivables Management)
300 South Riverside Plaza, Suite 1400
Chicago IL 60606 USA
ssheppard@1worldsync.com
billingadmin@1worldsync.com

**VIA ELECTRONIC MAIL:**
8451° (a Kroger company)
100 West Fifth Street
Cincinnati OH 45202 USA
Barry.Catron@8451.com
Chris.Skiba@8451.com

**VIA ELECTRONIC MAIL:**
9416-0926 Quebec Inc dba Elite Marketing
mark@elitemarketing.ca

**VIA ELECTRONIC MAIL:**
Advanced Marketing & Sales LLC
7602 N 13th Ave
Phoenix AZ 85021 USA
bbooker@amssalesllc.com

**VIA ELECTRONIC MAIL:**
Ahmed Baratli
baratliahmed@yahoo.fr

**VIA ELECTRONIC MAIL:**
Alexander Latour
alexlatour@gmail.com

**VIA ELECTRONIC MAIL:**
Alexandra Toulch
alexandratoulch@gmail.com

**VIA ELECTRONIC MAIL:**
Alissia Balenzano
alissia.balenzano@gmail.com

**VIA ELECTRONIC MAIL:**
American Broadcasting Companies, Inc.
500 Seneca Street, Suite 503
Buffalo NY 14204 USA
robert.tharnish@abc-amega.com

**VIA ELECTRONIC MAIL:**
Amex Bank of Canada
Chadi.Hamieh@bmo.com

**VIA ELECTRONIC MAIL:**
Analysis Group, Inc.
111 Huntington Avenue,14th Floor
Boston MA 02199 USA
AGReceivables@analysisgroup.com

**VIA ELECTRONIC MAIL:**
Anderson Merchandisers, LLC
5601 Granite Parkway, Suite 1400
Plano TX 75024 USA
jerry.murray@amerch.com

**VIA ELECTRONIC MAIL:**
Andrei Ceban
andrewl26x@gmail.com

**VIA ELECTRONIC MAIL:**
Arnall Golden Gregory LLP (Attn: Darryl Laddin, Ref: Slope
Tech, Inc.)
darryl.laddin@agg.com

**VIA ELECTRONIC MAIL:**
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles CA 90017 USA
Kathryn.Jensen@arnoldporter.com

**VIA ELECTRONIC MAIL:**
ASAP Document Services
2200 Wilson Blvd, Suite 102-553
Arlington Virgina VA 22201 USA
service@asapdocument.com

**VIA ELECTRONIC MAIL:**
Attentive Mobile Inc
221 River St, 9th Floor
Hoboken NJ 07030 USA
ar@attentivemobile.com

**VIA ELECTRONIC MAIL:**
Audacy Operations, Inc
345 Hudson Street
New York NY 10014 USA
tony.nevel@audacy.com

**VIA ELECTRONIC MAIL:**
B Lab Company (B Lab US & Canada LLC)
228 Park Ave S PMB 21591
New York NY 10003 USA
invoicing@usca.bcorporation.net
finance@bcorporation.net

**VIA ELECTRONIC MAIL:**
Bank of Montreal as Agent, c/o Osler, Harkin & Harcourt
sabitan@osler.com

**VIA ELECTRONIC MAIL:**
Banque HSBC Canada
alexander_fazzina@hsbc.ca

**VIA ELECTRONIC MAIL:**
Bay Cities Packaging & Design (Bay Cities Container Corporation)
5138 Industry Avenue
Pico Rivera CA 90660 USA
josephs@bay-cities.com

**VIA ELECTRONIC MAIL:**
BDG Law Group
10880 Wilshire Blvd, #1015
Los Angeles CA 90024 USA
jpratt@bdgfirm.com

**VIA ELECTRONIC MAIL:**
Benjamin Berger Consulting
ben@impulsumlab.com

**VIA ELECTRONIC MAIL:**
BERKELEY RESEARCH GROUP, LLC (BRG)
2200 Powell Street, Suite 1200
Emeryville CA 94608 USA
jstec@thinkbrg.com

**VIA ELECTRONIC MAIL:**
BIP / American Express Travel Related Services Company, Inc
200 Vesey Street
New York NY 10285 USA
gdccare@aexp.com

**VIA ELECTRONIC MAIL:**
Bliss Point Media
1014 Broadway, Suite 1261
Santa Monica CA 90401 USA
accounting@blisspointmedia.com

**VIA ELECTRONIC MAIL:**
Blue Ocean Global Technology
70 Pine Street, Suite 1324
New York NY 10005 USA
ssomal@blueoceanglobaltech.com

**VIA ELECTRONIC MAIL:**
BMO Master Card / BMO Commercial Bank
Chadi.Hamieh@bmo.com

**VIA ELECTRONIC MAIL:**
Bolton Food Group
Jacob Bolton, 2139 E Sigler Rd
Carleton MI 48117 USA
jake@boltonfoodgroup.com

**VIA ELECTRONIC MAIL:**
Bruce Weiss
bruceweiss430@gmail.com

**VIA ELECTRONIC MAIL:**
Canada Post
cmg@canadapost.ca

**VIA ELECTRONIC MAIL:**
Carlo Contoreggi
12141 Red Stream Way
Columbia MD 21044 USA
ccontore@yahoo.com

**VIA ELECTRONIC MAIL:**
CASCADES RECOVERY+ a division of Cascades Canada ULC
patricia_leblanc@cascades.com

**VIA ELECTRONIC MAIL:**
CBS Studios Inc. or CBS Interactive Inc.
524 West 57th Street, 3rd Floor
New York NY 10019 USA
DPBuckley@cbs.com/hmalloy@cbs.com

**VIA ELECTRONIC MAIL:**
CBS Television Network
51 West 52nd Street
New York NY 10019 USA
claudia.alvarado@viacomcbs.com
cameron.delany@paramount.com

**VIA ELECTRONIC MAIL:**
Charter Communications Operating, LLC d/b/a Spectrum Reach
PO Box 936671
Atlanta GA 31193 USA
Denise.Baumann@charter.com

**VIA ELECTRONIC MAIL:**
Charter Communications Operating, LLC dba Spectrum Reach
PO Box 936671
Atlanta GA 31193 USA
John.Osmanski@charter.com

**VIA ELECTRONIC MAIL:**
Christopher Barfod
chris.barfod@hotmail.com

**VIA ELECTRONIC MAIL:**
Circle K Procurement and Brands Limited
1130 W Warner Rd
Tempe AZ 85284 USA
mreed3@circlek.com

**VIA ELECTRONIC MAIL:**
Clever Foods & Supplements, LLC
1508 Vo Tech Dr
Weslaco TX 78599 USA
ricardo@gocleverfoods.com

**VIA ELECTRONIC MAIL:**
Clyde & Co US LLP
2020 Main Street, Suite 1100
Irvine CA 92614 USA
Billy.Nickelson@clydeco.us
Wendi.Pearce-Sutgrey@clydeco.us

**VIA ELECTRONIC MAIL:**
Commission Junction LLC
530 East Montecito Street
Santa Barbara CA 93103 USA
loraine.rawlins@cj.com

**VIA ELECTRONIC MAIL:**
Consumer Connection Inc
6947 Coal Creek Parkway SE, #3100
Newcastle WA 98059 USA
CierraM@ccinc.org

**VIA ELECTRONIC MAIL:**
Cox Media, LLC (CoxCom, LLC)
6205B Peachtree Dunwoody Rd
Atlanta GA 30328 USA
nicole.hefferan@coxmedia.com
Ron.Moorhouse@coxmedia.com

**VIA ELECTRONIC MAIL:**
Criteo Canada Corp.
collections@criteo.com
Carlos.Torres.Martin@intrum.com

**VIA ELECTRONIC MAIL:**
Criteo Corp
387 Park Avenue South, 11th and 12th Floor
New York NY 10016 USA
collections@criteo.com
Carlos.Torres.Martin@intrum.com

**VIA ELECTRONIC MAIL:**
Crossmark, Inc.
5100 legacy drive
Plano TX 75024 USA
jennifer.maynard@productconnections.com
Tenille.Shurn@crossmark.com
JRose@wisintl.com

**VIA ELECTRONIC MAIL:**
Crossmark, Inc.
jennifer.maynard@productconnections.com/Tenille.
Shurn@crossmark.com/JRose@wisintl.com

**VIA ELECTRONIC MAIL:**
CSB Nutrition Corporation
2600 North Main Street, PO Box 565
Spanish Fork UT 84660 USA
craig@csbnutrition.com

**VIA ELECTRONIC MAIL:**
Dash Hudson
dan.fagioli@dashhudson.com
accounting@dashhudson.com

**VIA ELECTRONIC MAIL:**
Datasite LLC
733 Marquette Avenue South, Suite 600
Minneapolis MN 55402 USA
Eric.Vachon@datasite.com

**VIA ELECTRONIC MAIL:**
Davies Ward Phillips & Vineberg SENCRL srl
900 Third Avenue, 24th Floor
New York NY 10022 USA
mberger@dwpv.com

**VIA ELECTRONIC MAIL:**
Daymon Worldwide Canada Inc.
ARRemittance@Daymon.com

**VIA ELECTRONIC MAIL:**
DDD Works LLC
902A S. Walton Blvd, Ste 1 PMB 292
Bentonville AR 72712 USA
hbrady@daredevildisplay.com

**VIA ELECTRONIC MAIL:**
Desisto MGMT LLC
191 Bernard Dr
Manahawkin NJ 8050 USA
accounting@pauldesisto.com

**VIA ELECTRONIC MAIL:**
Destini Global LLC
222 West Hubbard Street, #300
Chicago IL 60654 USA
destinibilling@spins.com

**VIA ELECTRONIC MAIL:**
Di Salvo Howard PLLC
116 Linden Street Rockville Centre
New York NY 11570 USA
bhoward@disalvo-group.com

**VIA ELECTRONIC MAIL:**
Dialogue Health Technologies Inc.
accounting@dialogue.co

**VIA ELECTRONIC MAIL:**
Dierbergs Markets, Inc.
16690 Swingley Ridge Rd
Chesterfield MO 63017 USA
haleyk@dierbergs.com

**VIA ELECTRONIC MAIL:**
Dispute Dynamics, Inc.
30262 Crown Valley Parkway, #B461
Laguna Niguel CA 92677 USA
khebert@disputedynamics.com

**VIA ELECTRONIC MAIL:**
DLA Piper LLP (US)
Suite 100, 3203 Hanover Street
Palo Alto CA 94304 USA
accounts@us.dlapiper.com

**VIA ELECTRONIC MAIL:**
Dowd Bennett LLP (Attn: Matthew Johnson)
mjohnson@dowdbennett.com

**VIA ELECTRONIC MAIL:**
DTO Law
601 S. Figueroa Street, Suite 2130
Los Angeles CA 90017 USA
wdelgado@dtolaw.com

**VIA ELECTRONIC MAIL:**
Eclaire Health, LLC (fka Eclaire Farm, LLC)
23932 NE Glisan Street
Gresham OR 97030 USA
dan@eclairehealth.com

**VIA ELECTRONIC MAIL:**
Eden Reforestation Projects
303 W. Foothill Blvd, Unit 13
Glendora CA 91741 USA
camden.henderson-joliat@edenprojects.org

**VIA ELECTRONIC MAIL:**
Effectv (Comcast)
One Comcast Center, 36th Floor
Philadelphia PA 19103 USA
Erin_Nicosia@comcast.com

**VIA ELECTRONIC MAIL:**
Electronic Imaging Services, Inc.
2800 Cantrell Road, Suite 500
Little Rock AR 72202 USA
nwolfe@vestcom.com
bschenk@vestcom.com

**VIA ELECTRONIC MAIL:**
Emburse, LLC
320 Cumberland Ave
Portland ME 04101 USA
deborah.ryan@emburse.com

**VIA ELECTRONIC MAIL:**
Empire Display Solutions
850 Lincoln Ave #11
Bohemia NY 11716 USA
matth@empiredisplaysolutions.com

**VIA ELECTRONIC MAIL:**
Epic Brokers
350 s. grand avenue #4500
Los Angeles CA 90071 USA
Pabla.barros@epicbrokers.com

**VIA ELECTRONIC MAIL:**
Ernst & Young LLP
Rizza.Joy.B.Camarse@ca.ey.com

**VIA ELECTRONIC MAIL:**
ESPN, Inc.
500 Seneca Street, Suite 503
Buffalo NY 0 USA
robert.tharnish@abc-amega.com

**VIA ELECTRONIC MAIL:**
eSSENTIAL Accessibility, Inc.
sarais.pineda@levelaccess.com

**VIA ELECTRONIC MAIL:**
Evon Ho
evonyjho@gmail.com

**VIA ELECTRONIC MAIL:**
Fineline Technologies
P.O. Box 934219
Atlanta GA 31193 USA
gmariyappan@finelinetech.co.in

**VIA ELECTRONIC MAIL:**
Flatworld Solutions, Inc.
116 Village Blvd
Princeton NJ 08540 USA
karthik.ga@flatworldsolutions.com

**VIA ELECTRONIC MAIL:**
FOX NEWS NETWORK, LLC
1211 Avenue of the Americas
New York NY 10036 USA
accountingcash@fox.com

**VIA ELECTRONIC MAIL:**
Fox, Timothy (USTP)
Timothy.Fox@usdoj.gov;

**VIA ELECTRONIC MAIL:**
FREEMAN EXPOSITIONS, LTD
Eryn.Martin@freeman.com

**VIA ELECTRONIC MAIL:**
FrontLIne Marketing (ADW Acosta, LLC)
P.O. BOX 841678
Dallas TX 0 USA
NSeinen@frontlinemarketing.com

**VIA ELECTRONIC MAIL:**
GASCON & ASSOCIES S.E.N.C.R.L.
mdiaz@gascon.ca

**VIA ELECTRONIC MAIL:**
Genius Central Systems, Inc.
2025 Lakewood Ranch Blvd, Suite 202
Bradenton FL 34211 USA
accountsreceivable@geniuscentral.com

**VIA ELECTRONIC MAIL:**
Gentilhomme Westmount inc.
ouestdrive@gmail.com

**VIA ELECTRONIC MAIL:**
Global Mail, Inc. dba DHL eCommerce Solutions
2700 South Commerce Parkway, Suite 300
Weston FL 33331 USA
Tyika.Smith@dhl.com

**VIA ELECTRONIC MAIL:**
GoBrands, Inc
537 N 3rd Street
Philadelphia PA 19123 USA
stefanie.cooper@gopuff.com

**VIA ELECTRONIC MAIL:**
Goodwin Procter LLP
The New York Times Building, 620 Eighth Avenue
New York NY 10018 USA
VGriffin@goodwinlaw.com

**VIA ELECTRONIC MAIL:**
Gowling WLG
160 Elgin Street, Suite 2600
Ottawa ON 0 USA
payments.ca@gowlingwlg.com

**VIA ELECTRONIC MAIL:**
Greenberg Traurig, LLP
900 Stewart Ave
Suite 505
Garden City NY 11530 USA
katy.cole@gtlaw.com

**VIA ELECTRONIC MAIL:**
Hal Poret LLC
142 Hunter Ave
Sleepy Hollow NY 10591 USA
Hal.inc42@gmail.com

**VIA ELECTRONIC MAIL:**
Hardy, Norman & Associes S.E.N.C.R.L.
DSL@hna.ca

**VIA ELECTRONIC MAIL:**
Hotel Du Point
42 W 11TH Street
Wilmington DE 19801 USA
bmbodji@hoteldupont.com

**VIA ELECTRONIC MAIL:**
HubSpot Inc
2 Canal Park
Cambridge MA 02141 USA
billing@hubspot.com, collections@hubspot.com

**VIA ELECTRONIC MAIL:**
Hydro Westmount
hydrowestmount@westmount.org

**VIA ELECTRONIC MAIL:**
Ibotta, Inc
1801 California Street, Suite 400
Denver CO 80202 USA
francisca.martinez-rg@ibotta.com

**VIA ELECTRONIC MAIL:**
IDR Marketing Partners LLC dba Brandshare
P.O. Box 744843
Atlanta GA 30374 USA
jsikoro@brandshare.us

**VIA ELECTRONIC MAIL:**
Ilana Marie Tartaglia
ilanatartagila@gmail.com

**VIA ELECTRONIC MAIL:**
Immuneti Nutrition Inc
ap@immuneti.com

**VIA ELECTRONIC MAIL:**
Information Resources, Inc.
203 N. LaSalle Street
Chicago IL 60601 USA
MohammedWasim.Bari@circana.com

**VIA ELECTRONIC MAIL:**
INMAR- Youtech
One West Fourth St, Suite 500
Winston-Salem NC 27101 USA
arps@inmar.com

**VIA ELECTRONIC MAIL:**
InterTrade Systems Inc.
333 South Seventh Street, Suite 1000
Minneapolis MN 55402 USA
accountsreceivable@intertrade.com

**VIA ELECTRONIC MAIL:**
Jaffe & Asher LLP (Attn: Gregory Galterio)
GGalterio@JaffeandAsher.com

**VIA ELECTRONIC MAIL:**
Jennifer Gauld
jennifergauld@gmail.com

**VIA ELECTRONIC MAIL:**
Johanson Transportation Service
Po Box 55003
Fresno CA 93747 USA
bcaeton@johansontrans.com

**VIA ELECTRONIC MAIL:**
Johnson Dalal
111 N Pine Island Rd, Suite 105
Plantation FL 33324 USA
Billing@JohnsonDalal.com

**VIA ELECTRONIC MAIL:**
Jonathan Benoualid
johnbenoualid@gmail.com

**VIA ELECTRONIC MAIL:**
Josh Splansky Consulting
28 Fairview Ave
Lynnfield MA 01940 USA
joshsplansky@courtpresent.com

**VIA ELECTRONIC MAIL:**
JTB Distribution Inc.
william@colderfresherlonger.com

**VIA ELECTRONIC MAIL:**
Juro Online Limited
invoices@juro.com/richard@juro.com

**VIA ELECTRONIC MAIL:**
Kane Russell Coleman Logan PC (Attn: Heather Kabele)
hkabele@krcl.com

**VIA ELECTRONIC MAIL:**
Karan Malhotra
malhotra.karan86@gmail.com

**VIA ELECTRONIC MAIL:**
Kathleen Power
kathleen.power22@gmail.com

**VIA ELECTRONIC MAIL:**
Keller and Heckman LLP
1001 G St NW Suite 500 West
Washington DC 20001 USA
cooper@khlaw.com

**VIA ELECTRONIC MAIL:**
Kugler Kandestin LLP
mzeffiro@kklex.com

**VIA ELECTRONIC MAIL:**
Kustomer, Inc.
5 Penn Plaza, 19th Floor
New York NY 10001 USA
client-billing@kustomer.com

**VIA ELECTRONIC MAIL:**
Landlord Saddle Ranch APG LLC c/o Alere Property Group
LLC
100 Bayview Circle Suite 310
Newport Beach CA 92660 USA
DMcGilvray@alerellc.com

**VIA ELECTRONIC MAIL:**
Lathrop GPM LLP
2345 Grand Blvd, Suite 2200
Kansas City MO 64108 USA
felicia.collett@lathropgpm.com
krichardson@frontlinems.com

**VIA ELECTRONIC MAIL:**
Lawrence J. Cheskin
3950 White Rose Way
Ellicott City MD 21042 USA
lcheskin@gmu.edu

**VIA ELECTRONIC MAIL:**
LegalPartner Group, LLC
PO Box 7771955
Chicago IL 60677 USA
THEININGER@LEGALPARTNERSGROUP.COM

**VIA ELECTRONIC MAIL:**
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles CA 90034 USA
EHK@lnbyg.com

**VIA ELECTRONIC MAIL:**
LexisNexis Risk Solutions
28330 Network Place
Chicago IL 60673 USA
David.DePietri@Lexisnexisrisk.com

**VIA ELECTRONIC MAIL:**
Linguanational Translations, Inc.
401 N Michigan Ave, Suite 1200 #12135
Chicago IL 60611 USA
jmarkos@linguanational.com

**VIA ELECTRONIC MAIL:**
Lipshie, Jon (USTP)
Jon.Lipshie@usdoj.gov;

**VIA ELECTRONIC MAIL:**
LIVEKETO PRIVATE LIMITED
finance@liveketo.in

**VIA ELECTRONIC MAIL:**
Loed & Loeb LLP
321 North Clark Street, Suite 2300
Chicago IL 60654 USA
LoebInvoices@loeb.com

**VIA ELECTRONIC MAIL:**
Louis J. DeFilippi, LLC
208 Edgewood Ln
Palatine IL 60067 USA
defilip1@flash.net

**VIA ELECTRONIC MAIL:**
Louisiana Department of Revenue
DOR, PO Box 4969
Baton Rouge LA 70821 USA
business.tax@La.gov

**VIA ELECTRONIC MAIL:**
Lumanity Clinical and Regulatory Inc
67 E. Park Place, Suite 600
Morristown NJ 07960 USA
Mary.Foy@lumanity.com

**VIA ELECTRONIC MAIL:**
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue, Suite 2700
Dallas TX 75201 USA
spacheco@lynnllp.com

**VIA ELECTRONIC MAIL:**
Malaco, Inc
3023 W Northside Dr
Jackson MS 39213 USA
smadison@malaco.com

**VIA ELECTRONIC MAIL:**
Malcolm M. (USTP)
Malcolm.M.Bates@usdoj.gov;

**VIA ELECTRONIC MAIL:**
Maplebear Inc. dba Instacart
P.O. Box 103272
Pasadena CA 91189 USA
ar@instacart.com
Anthony.Miller@radiusgs.com

**VIA ELECTRONIC MAIL:**
Maplebear Inc. dba Instacart
ar@instacart.com
Anthony.Miller@radiusgs.com

**VIA ELECTRONIC MAIL:**
Mark L. Desgrosseilliers
Chipman Brown Cicero & Cole LLP
1313 N. Market Street, Suite 5600
Wilmington DE 19801 USA
desgross@chipmanbrown.com

**VIA ELECTRONIC MAIL:**
Market Performance Group, LLC
960 Holmdel Rd building 2
Holmdel NJ 07733 USA
arsupport@MPGLLC.com

**VIA ELECTRONIC MAIL:**
Marsh Canada Limited – Head Office
cssinvoiceadminteam1@marsh.com;
Stephanie.Arbour@marsh.com

**VIA ELECTRONIC MAIL:**
McDonald Hopkins LLC
600 Superior Ave E, Suite 2100
Cleveland OH 44114 USA
MHAccounting@mcdonaldhopkins.com

**VIA ELECTRONIC MAIL:**
McLane Company Inc.
4747 McLane Parkway
Temple TX 76504 USA
Cheryl.Broemer@mclaneco.com
Mary.Bentley@mclaneco.com

**VIA ELECTRONIC MAIL:**
McMillan LLP
arandcollections@mcmillan.ca

**VIA ELECTRONIC MAIL:**
Media Solutions Group
2001 RT 46 - SUITE 402
Parsippany NJ 07054 USA
cgliemann@cliffordpaper.com

**VIA ELECTRONIC MAIL:**
Media Solutions Group Canada
600 E Crescent AveUpper
Saddle River NJ 07458 USA
cgliemann@cliffordpaper.com

**VIA ELECTRONIC MAIL:**
MeriCal LLC
2995 E Miraloma Ave
Anaheim CA 92806 USA
aricardo@merical.com

**VIA ELECTRONIC MAIL:**
Meta Platforms, Inc. - CAD
1601 Willow Rd
Menlo Park CA 94025 USA
ar@meta.com
david@msllp.com

**VIA ELECTRONIC MAIL:**
Michael Vercelletto
verceman@gmail.com

**VIA ELECTRONIC MAIL:**
Miller Thomson
bsimoneau@millerthomson.com

**VIA ELECTRONIC MAIL:**
Mindsight, LLC
7676 Torrey Court
Arvada CO 80007 USA
carrie@mindsighters.com

**VIA ELECTRONIC MAIL:**
Montreal mini storage
5260ferrier@montrealministorage.com

**VIA ELECTRONIC MAIL:**
MORRISON COHEN LLP
909 Third Avenue, 27th Floort
New York NY 10022 USA
reid@morrisoncohen.com

**VIA ELECTRONIC MAIL:**
Much Shelist, P.C. (Attn: Martin O'Hara)
mohara@muchlaw.com

**VIA ELECTRONIC MAIL:**
Nancy Behrman Communications, Inc.
NBehrman@behrmancesa.com

**VIA ELECTRONIC MAIL:**
Noemie Malenfant
noemie.malenfant@outlook.com

**VIA ELECTRONIC MAIL:**
OptiConversion, LLC
121 N 2nd St, Suite J
Saint Charles IL 60174 USA
s@opticonversion.com

**VIA ELECTRONIC MAIL:**
OUTPOST MTL
bertrand@outpostmtl.com

**VIA ELECTRONIC MAIL:**
Paradies Lagardere
P.O. Box 734110
Dallas TX 75373 USA
AR@paradies-na.com

**VIA ELECTRONIC MAIL:**
Parker Group, Inc.
401 Broadway, Suite 701
New York NY 10013 USA
accounting@getparker.com

**VIA ELECTRONIC MAIL:**
Parker Group, Inc.
401 Broadway Suite 701
New York NY 10013 USA
accounting@getparker.com; ariel@getparker.com

**VIA ELECTRONIC MAIL:**
Patexia Inc.
100 Wilshire Blvd Ste, Suite 700
Santa Monica CA 90401 USA
accounting@patexia.com, renny@patexia.com

**VIA ELECTRONIC MAIL:**
Pinterest, Inc.
651 Brannan Street
San Francisco CA 94107 USA
ar@pinterest.com

**VIA ELECTRONIC MAIL:**
Premier Global Property Investments
8430 Santa Monica Blvd West
Hollywood CA 90069 USA
jlloydsold@aol.com
accounting@pgpinvest.com

**VIA ELECTRONIC MAIL:**
Prevost Notaires Inc.
afebbraio@prevostnotaires.com

**VIA ELECTRONIC MAIL:**
PriceSmart, Inc.
9740 Scranton Road
San Diego CA 92121 USA
hbartz@pricesmart.com

**VIA ELECTRONIC MAIL:**
Quality IMPORT Solutions Inc.
kfrizzell@qualitysmartsolutions.com
accounts@qualitysmartolutions.com

**VIA ELECTRONIC MAIL:**
Quench Canada, Inc
mmarsh@quenchwater.com

**VIA ELECTRONIC MAIL:**
Raymond West (Raymond Handling Solutions, Inc)
9939 Norwalk Blvd
Santa Fe Springs CA 90670 USA
ruby.mogavero@raymondwest.com

**VIA ELECTRONIC MAIL:**
Rebl House inc.
rachel@reblhousemedia.com
will@reblhousemedia.com

**VIA ELECTRONIC MAIL:**
Red Fox Analytics
4845 Pearl East Circle, Suite 118, PMB 66940
Boulder CO 80301 USA
redfoxlabs@stage1financial.com

**VIA ELECTRONIC MAIL:**
Red Points
admin@redpoints.com

**VIA ELECTRONIC MAIL:**
Rhode Island Division of Taxation
One Capitol Hill
Providence RI 2908 USA
Tax.Excise@tax.ri.gov

**VIA ELECTRONIC MAIL:**
Risa Schulman Schlager
19 Lehigh Ave
Clifton NJ 07012 USA
risa.schulman18@gmail.com

**VIA ELECTRONIC MAIL:**
Robert A. Leonard, Ph.D.
51 Lake Avenue
Mill Neck NY 11765 USA
Rlforensics@outlook.com

**VIA ELECTRONIC MAIL:**
RSM US LLP
4650 East 53rd St
Davenport IA 52807 USA
RSMUSInvoicesandStatements@rsmus.com
Tammy.Meagher@rsmus.com

**VIA ELECTRONIC MAIL:**
S & S Food Broker
100 Saratoga Village Blvd, Suite 50
Ballston Spa NY 12020 USA
Kelly@ssfoodbroker.com

**VIA ELECTRONIC MAIL:**
Saddle Ranch APG LLC c/o Alere Property Group LLC
DMcGilvray@alerellc.com

**VIA ELECTRONIC MAIL:**
SafetyCall International, LLC
3600 American Blvd W., Suite 725
Bloomington MN 55431 USA
kvanderheyden@safetycall.com

**VIA ELECTRONIC MAIL:**
Saul Ewing, LLP
1201 N Market St, #2300
Wilmington DE 19801 USA
natalia.montanez@saul.com

**VIA ELECTRONIC MAIL:**
Schneider National Carriers, Inc.
3101 South Packerland Drive, P.O. Box 2545
Green Bay WI 54306 USA
CassidyS1@schneider.com
WestfallA@schneider.com

**VIA ELECTRONIC MAIL:**
Sinclair Broadcast Group (Sinclair Television Group Inc)
PO Box 206270
Dallas TX 75320 USA
jmcgill@sbgtv.com

**VIA ELECTRONIC MAIL:**
Sledge hammer Product Destruction LLC
9400 Hall Rd
Downey CA 91604 USA
jeff@sledgehammerpd.com

**VIA ELECTRONIC MAIL:**
Slope Tech, Inc.
5-7 Freelon Street
San Francisco CA 94107 USA
ashish@slope.so

**VIA ELECTRONIC MAIL:**
Snell & Wilmer L.L.P.
One East Washington Street, Suite 2700
Phoenix AZ 85004 USA
tgallup@swlaw.com

**VIA ELECTRONIC MAIL:**
Specialty Foods Sales & Marketing
4887 E. La Palma Ave, Suite 703
Anaheim CA 92807 USA
Michael@specialtyfoodsales.net

**VIA ELECTRONIC MAIL:**
SPINS LLC
222 West Hubbard St, Suite 300
Chicago IL 60654 USA
mlansville@spins.com

**VIA ELECTRONIC MAIL:**
SPS Commerce, Inc.
PO Box 205782
Dallas TX 75320 USA
billing@spscommerce.com
zpbassuener@spscommerce.com

**VIA ELECTRONIC MAIL:**
Staci US Corp. (Staci Americas LLC)
PO Box 956430
Duluth GA 30095 USA
kerry.anderson@staciamericas.com

**VIA ELECTRONIC MAIL:**
Stevens Global Logistics, Inc.
3700 Redondo Beach Avenue
Redondo Beach CA 90278 USA
brianh@stevensglobal.com

**VIA ELECTRONIC MAIL:**
Summit Nutritional Laboratories
2600 N Main St
Spanish Fork UT 84660 USA
kevin@summitnutritional.com

**VIA ELECTRONIC MAIL:**
The Data Council, Inc.
15310 Barranca Parkway, Ste 100
Irvine CA 92618 USA
tdc.accounting@advantagesolutions.net

**VIA ELECTRONIC MAIL:**
The Hartford (Facility Insurance) / Property Choice Hartford
Fire Insurance Company
One Hartford Plaza
Hartford CT 06155 USA
businesscenter@mail.service.thehartford.com

**VIA ELECTRONIC MAIL:**
The Royal Group (Schwarz Partners Packaging, LLC)
1300 Highland Corporate Dr, Suite 104
Cumberland RI 2864 USA
Rbrodeur@teamtrg.com

**VIA ELECTRONIC MAIL:**
TIKTOK INC.
us_collection@bytedance.com

**VIA ELECTRONIC MAIL:**
UL Verification Services Inc.
62045 Collections Center Drive
Chicago IL 60693 USA
NBKCollections@ul.com

**VIA ELECTRONIC MAIL:**
Unified Merchandising LLC
40 Boright Avenue
Kenilworth NJ 07033 USA
jedelman@unifiedrid.com/wrich@unifiedrid.com

**VIA ELECTRONIC MAIL:**
Upfluence Inc.
214 Sullivan Street, #3A
New York NY 10012 USA
JKhan@cedarsbiz.com

**VIA ELECTRONIC MAIL:**
Vendo, LLC
11601 Wilshire Blvd, Suite 1818
Los Angeles CA 90025 USA
finance@vendocommerce.com

**VIA ELECTRONIC MAIL:**
Viacom CBS
24670 Network Place
Chicago IL 60673 USA
leslie.murphy@viacomcbs.com

**VIA ELECTRONIC MAIL:**
Vitamin Angel Alliance, Inc.
PO Box 4490
Santa Barbara CA 93140 USA
donations@vitaminangels.org/sminger@vitaminangels.org

**VIA ELECTRONIC MAIL:**
VMG Partners II, LLC
39 Mesa Street, Suite 310
San Francisco CA 94129 USA
esposito@vmgpartners.com

**VIA ELECTRONIC MAIL:**
VMG Partners IV L.P. c/o VMG Partners
The Presidio, 39 Mesa Street, Suite 310
San Francisco CA 94129 USA
wu@vmgpartners.com; marshall@vmgpartners.com;
hira@vmgpartners.com

**VIA ELECTRONIC MAIL:**
VMG Partners Mentors Circle IV L.P. c/o VMG Partners
The Presidio, 39 Mesa Street, Suite 310
San Francisco CA 94129 USA
wu@vmgpartners.com; marshall@vmgpartners.com;
hira@vmgpartners.com

**VIA ELECTRONIC MAIL:**
Waste Repurposing International Inc. dba Smarter Sorting
1101 E 6th Street
Austin TX 78702 USA
finance@smartersorting.com

**VIA ELECTRONIC MAIL:**
We Pack It All
2745 E. Huntington DR
Duarte CA 91010 USA
jesse.fonseca@wepackitall.com

**VIA ELECTRONIC MAIL:**
WIN Nutrition, LLC
794 Sunrise Blvd
Mount Bethel PA 18343 USA
accounting@winutrition.com

**VIA ELECTRONIC MAIL:**
Winston & Strawn LLP
333 S. Grand Ave
Los Angeles CA 90071 USA
AccountsReceivableFIRM@winston.com

**VIA ELECTRONIC MAIL:**
Winston & Strawn LLP
200 Park Avenue
New York NY 10166 USA
JPodjasek@winston.com

**VIA ELECTRONIC MAIL:**
Winston & Strawn LLP (Attn: Justin Podjasek, ref: Saddle
Ranch APG LLC)
JPodjasek@winston.com

**VIA ELECTRONIC MAIL:**
WPIX
15190 Collection Center Dr
Chicago IL 60693 USA
jesmith@nexstar.tv

**VIA ELECTRONIC MAIL:**
Wrike, Inc.
851 W Cypress Creek Rd
Fort Lauderdale FL 33309 USA
ar@team.wrike.com

**VIA ELECTRONIC MAIL:**
Y Meadows, Inc
9430 Kirkside Rd
Los Angeles CA 90035 USA
accounting@ymeadows.com

**VIA ELECTRONIC MAIL:**
Zemanek & Mills (Attn: John Zemanek)
jz@zmlawpc.com

**VIA ELECTRONIC MAIL:**
Darryl S. Laddin
171 17th Street NW, Suite 2100
Atlanta, GA 30363
darryl.laddin@agg.com

**VIA ELECTRONIC MAIL:**
BIELLI & KLAUDER, LLC
David M. Klauder, Esquire
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

**VIA ELECTRONIC MAIL:**
JACK SHRUM, P.A.
"J" Jackson Shrum, Esquire
919 N. Market St., Ste. 1410
Wilmington, DE 19801
jshrum@jshrumlaw.com

**VIA ELECTRONIC MAIL:**
MCDONALD HOPKINS
David A. Agay, Esquire
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
dagay@mcdonaldhopkins.com