IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 15 |
| GOLI NUTRITION INC., *et al.*,[1] | Case No. 24-10438 (LSS) |
| Debtors in a Foreign Proceeding. | Jointly Administered |
| | Ref. No. 7 |

---

## CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING PROVISIONAL RELIEF PURSUANT TO BANKRUPTCY CODE SECTION 1519

I, Matthew R. Pierce, counsel to Deloitte Restructuring Inc., in its capacity as the court-appointed monitor and duly authorized foreign representative (in such capacity, the "Petitioner"), as defined by section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"), of Goli Nutrition Inc., a company incorporated in Quebec, Canada and Goli Nutrition Inc., a company incorporated in Delaware (collectively, the "Debtors"), hereby certifies as follows to the best of my knowledge, information and belief:

1. On March 19, 2024, the Petitioner filed the *Petitioner's Motion for Entry of an Order (I) Recognizing and Enforcing the RVO and Atos Sale Order, (II) Approving the Sale Transactions Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief* [Docket No. 7] (the "Motion") with a proposed form of order granting the relief requested in the Motion attached thereto as Exhibit A (the "Proposed Order").

2. A hearing was held on April 15, 2024 (the "Hearing") to consider, among other things, the relief requested in the Motion.

---

[1] The Debtors in these Chapter 15 cases, are: Goli Nutrition, Inc., a company incorporated in Québec, Canada and the last 4 digits of its Canadian business number is 0002; and Goli Nutrition Inc., a company incorporated in Delaware and the last 4 digits of its federal tax identification number is 2655. The Debtors are collectively managed from their corporate headquarters which are located at 2205 Boul. De la Côte-Vertu, suite 200, Montreal, Québec, Canada.

{1431.001-W0075465.}

3. The Petitioner has revised the Proposed Order with respect to the RVO consistent with the record at the Hearing, a copy of which is attached hereto as **Exhibit A** (the "Revised Order"). A blackline reflecting changes between the Proposed Order and the Revised Order is attached hereto as **Exhibit B**.

4. The Petitioner has circulated the Revised Order to counsel for (i) the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), (ii) DLA Piper US LLP ("DLA"), (iii) Sharon Hoffman, Odelya Hoffman, RGL Holdings LLC, RGL Management LLC, and Vitamin Friends LLC (collectively, the "Hoffman Parties"), and (iv) counsel for the Purchaser. Counsel for the U.S. Trustee, DLA, and the Purchaser have advised that they do not object to entry of the revised Proposed Order. The Petitioner understands that the Hoffman Parties object to entry of the Revised Order.

5. The Petitioner respectfully requests that the Court schedule a status conference on the Revised Order at its earliest convenience.

*[Remainder of page intentionally left blank]*

Dated: April 17, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew R. Pierce*
Matthew B. McGuire (No. 4366)
Matthew R. Pierce (No. 5946)
Joshua B. Brooks (No. 6765)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: mcguire@lrclaw.com
       pierce@lrclaw.com
       brooks@lrclaw.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Andrew Rosenblatt (admitted *pro hac vice*)
Francisco Vazquez (admitted *pro hac vice*)
Michael Berthiaume (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: andrew.rosenblatt@nortonrosefulbright.com
francisco.vazquez@nortonrosefulbright.com
michael.berthiaume@nortonrosefulbright.com

*Counsel to the Petitioner*