IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| GOLI NUTRITION INC., *et al.*,[1] | Case No. 24-10438 (LSS) |
| Debtors in a Foreign Proceeding. | Jointly Administered |
| | Ref. Nos. 7 & 76 |

## NOTICE OF FILING OF RECTIFIED APPROVAL AND REVERSE VESTING ORDER

**PLEASE TAKE NOTICE** that on April 17, 2024, the Superior Court, sitting in the Commercial Division for the district of Montréal, entered the *Rectified Approval and Reverse Vesting Order* (the "Rectified RVO"), which is attached hereto as **Exhibit A**. The Rectified RVO corrects the case caption of the Canadian Proceeding.

**PLEASE TAKE FURTHER NOTICE** that on April 17, 2024, Deloitte Restructuring Inc., in its capacity as the court-appointed monitor and duly authorized foreign representative (in such capacity, the "Petitioner"), as defined by section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"), of Goli Nutrition Inc., a company incorporated in Canada ("Goli Canada") and Goli Nutrition Inc., a company incorporated in Delaware (together with Goli Canada, the "Debtors") filed the *Certification of Counsel* [D.I. 76] (the "Certification"), attaching a revised order with respect to the RVO (the "Revised Order"). The Revised Order attached the *Approval and Reverse Vesting Order* as Exhibit 1 thereto. In light of the entry of the Rectified RVO, the Rectified RVO is the operable order from the Canadian Proceeding that should be Exhibit 1 to the Revised Order.

---

[1] The Debtors in these Chapter 15 cases, are: Goli Nutrition, Inc., a company incorporated in Québec, Canada and the last 4 digits of its Canadian business number is 0002; and Goli Nutrition Inc., a company incorporated in Delaware and the last 4 digits of its federal tax identification number is 2655. The Debtors are collectively managed from their corporate headquarters which are located at 2205 Boul. De la Côte-Vertu, suite 200, Montreal, Québec, Canada.

{1431.001-W0075162.2}

**PLEASE TAKE FURTHER NOTICE** that a remote hearing on the Revised Order and the Court's ruling on the *Petitioner's Motion for Entry of an Order (I) Recognizing and Enforcing the RVO and Atos Sale Order, (II) Approving the Sale Transactions Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief* [D.I. 7] will be held on **April 18, 2024 at 12:00 p.m. (ET)** before the Honorable Laurie Selber Silverstein in the United States Bankruptcy Court for the District of Delaware.

| | |
|---|---|
| Dated:  April 18, 2024<br>           Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Joshua B. Brooks*<br>Matthew B. McGuire (No. 4366)<br>Matthew R. Pierce (No. 5946)<br>Joshua B. Brooks (No. 6765)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: mcguire@lrclaw.com<br>          pierce@lrclaw.com<br>          brooks@lrclaw.com<br><br>-and-<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Andrew Rosenblatt (admitted *pro hac vice*)<br>Francisco Vazquez (admitted *pro hac vice*)<br>Michael Berthiaume (admitted *pro hac vice*)<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369<br>Email: andrew.rosenblatt@nortonrosefulbright.com<br>francisco.vazquez@nortonrosefulbright.com<br>michael.berthiaume@nortonrosefulbright.com<br><br>*Counsel to the Petitioner* |