IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                            :
                                                                  :  Chapter 15
GOLI NUTRITION INC., *et al.*,[1]                                 :
                                                                  :  Case No. 24-10438 (LSS)
                                                                  :  Jointly Administered
    Debtors in a Foreign Proceeding.                              :
----------------------------------------------------------------- x  Ref. No. 88

**CERTIFICATION OF COUNSEL REGARDING ORDER CLOSING CHAPTER 15
CASE OF GOLI NUTRITION INC. (CANADA), CASE NO. 24-10438 (LSS)**

I, Matthew R. Pierce, counsel to Deloitte Restructuring Inc., in its capacity as the court-appointed monitor and duly authorized foreign representative (in such capacity, the "Petitioner"), as defined by section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"), of Goli Nutrition Inc., a company incorporated in Quebec, Canada and Goli Nutrition Inc., a company incorporated in Delaware (collectively, the "Debtors"), hereby certifies as follows to the best of my knowledge, information and belief:

1. On March 19, 2024, the Petitioner filed the *Petitioner's Motion for Entry of an Order (I) Recognizing and Enforcing the RVO and the Atos Sale Order, (II) Approving the Sale Transactions Free and Clear of Liens, Claims, and Encumbrances, and (III) Granting Related Relief* [Docket Nos. 7, 8] (the "Motion").

2. On April 22, 2024, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Recognizing and Enforcing the RVO and Related Relief* [Docket No. 88] (the "Enforcement Order"), which granted certain relief requested in the Motion.

---

[1] The Debtors in these Chapter 15 cases, are: Goli Nutrition, Inc., a company incorporated in Québec, Canada and the last 4 digits of its Canadian business number is 0002; and Goli Nutrition Inc., a company incorporated in Delaware and the last 4 digits of its federal tax identification number is 2655. The Debtors are collectively managed from their corporate headquarters which are located at 2205 Boul. De la Côte-Vertu, suite 200, Montreal, Québec, Canada.

{1431.001-W0075528.}

3. Pursuant to paragraph 9 of the Enforcement Order, upon closing of the Principal Transaction, the Petitioner is authorized to file a proposed form of order closing the Chapter 15 case of Goli Nutrition Inc. (Canada), Case No. 24-10438 (LSS) (the "Goli Canada Case").

4. On April 19, 2024, Goli Nutrition Inc. (US) filed a certificate of amendment with the Delaware Secretary of State changing its name to Copper Pulse Inc. (the "Amendment"), a copy of which is attached hereto as **Exhibit A**.

5. The Principal Transaction has closed.

6. In accordance with paragraph 27 of the *Rectified Approval and Reverse Vesting Order*, the Monitor has filed the Certificate in the Canadian insolvency proceedings, a copy of which is attached hereto as **Exhibit B**.

7. Attached hereto as **Exhibit C** is a form of order closing the Goli Canada Case (the "Proposed Order") and amending the case caption of the Chapter 15 case of Goli Nutrition Inc. (US) to reflect the name change.

8. In accordance with the Court's electronic order processing procedures, a clean copy of the Proposed Order shall be uploaded to CM/ECF.

9. Accordingly, the Petitioner respectfully requests that the Court enter the Proposed Order at its earliest convenience.

*[Remainder of page intentionally left blank]*

<table>
<tr><td>Dated: April 25, 2024<br>Wilmington, Delaware</td><td>**LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew R. Pierce*<br>Matthew B. McGuire (No. 4366)<br>Matthew R. Pierce (No. 5946)<br>Joshua B. Brooks (No. 6765)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: mcguire@lrclaw.com<br>       pierce@lrclaw.com<br>       brooks@lrclaw.com<br><br>-and-<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Andrew Rosenblatt (admitted *pro hac vice*)<br>Francisco Vazquez (admitted *pro hac vice*)<br>Michael Berthiaume (admitted *pro hac vice*)<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369<br>Email: andrew.rosenblatt@nortonrosefulbright.com<br>francisco.vazquez@nortonrosefulbright.com<br>michael.berthiaume@nortonrosefulbright.com<br><br>*Counsel to the Petitioner*</td></tr>
</table>