# **<u>EXHIBIT A</u>**

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT
# OF CERTIFICATE OF INCORPORATION

The corporation organized and existing under the General Corporation Law of the State of Delaware, hereby certifies as follows:

1. The name of the corporation is Goli Nutrition Inc.

2. The Certificate of Incorporation of the corporation is hereby amended by changing the Article thereof numbered First so that, as amended, said Article shall be and read as follows:
The name of this corporation is: Copper Pulse Inc.

3. That said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

By: _____
Authorized Officer

Name: Deepak Agarwal
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 08:55 AM 04/19/2024
FILED 08:55 AM 04/19/2024
SR 20241525552 - File Number 7398564