**Exhibit B**

**Goli Nutrition Inc.**
**Interested Parties List for Notices**

| Name | Address 1 | Address 2 | City | Prov/Etat | Postal Code | Country |
|---|---|---|---|---|---|---|
| 11028154 Canada Inc. c/o Davies Ward Phillips and Vineberg LLP | 1501 McGill College Avenue, 26th Floor | | Montreal | QC | H3A 3N9 | Canada |
| 11028154 Canada Inc. c/o Davies Ward Phillips and Vineberg LLP | 1501 McGill College Avenue, 26th Floor | | Montreal | QC | H3A 3N9 | Canada |
| 11028227 Canada Inc. c/o Davies Ward Phillips and Vineberg LLP | 1501 McGill College Avenue, 26th Floor | | Montreal | QC | H3A 3N9 | Canada |
| 11028227 Canada Inc. c/o Davies Ward Phillips and Vineberg LLP | 1501 McGill College Avenue, 26th Floor | | Montreal | QC | H3A 3N9 | Canada |
| 1WorldSync Inc | 300 South Riverside Plaza | Suite 1400 | Chicago | IL | 60606 | USA |
| 1WorldSync Inc  Altus Receivables Management | 300 South Riverside Plaza  Suite 1400 | | Chicago | IL | 60606 | USA |
| 1WorldSync Inc  Altus Receivables Management | 7777 Washington Village Dr  Suite 360 | | Dayton | OH | 45459 | USA |
| 7-Eleven Distribution Company  SEDC / DVA | 705 Bradburn Place | | Stafford | VA | 22554 | USA |
| 8451 a Kroger company | 100 West Fifth Street | | Cincinnati | OH | 45202 | USA |
| 9416-0926 Quebec Inc dba Elite Marketing | 814-235 Peel St | | Montréal | QC | H3C 0P8 | Canada |
| A&C Mall | 2nd Floor Business Centre 4 Jungle Ave | | East Legon, Accra | -- | -- | Ghana |
| A&O USA Inc | 1400 AVENUE Z Suite 305 | | Brooklyn | NY | 11235 | USA |
| ADP Canada Co. | 3250 Bloor Street West, Suite 1500 | | Toronto | ON | M8X 2X9 | Canada |
| Advanced Marketing & Sales LLC | 7602 N 13th Ave | | Phoenix | AZ | 85021 | USA |
| Advanced Marketing&Sales | 7602 N 13th Ave | | Phoenix | AZ | 85021 | USA |
| Afterpay US Inc | PO Box 328 | | San Francisco | CA | 94104-0328 | USA |
| Afterpay US, Inc. | 760 Market St Floor 2 | | San Francisco | CA | 94104-0328 | USA |
| Ahmed Baratli | 2337 Avenue Charland | | Montreal | QC | H1Z 1B8 | Canada |
| Alan Hartman | 31 West 52nd Street  22nd Floor | | New York | NY | 10019 | USA |
| Albertsons | 260 E  Parkcenter Blvd | | Boise | ID | 83706 | USA |
| Alexander Latour | 5055 Chemin De la Cote St. Luc, Apt. 43 | | Montreal | QC | H3W 2H5 | Canada |
| Alexandra Toulch | 16 Merton Crescent | | Hampstead | QC | H3X 1L6 | Canada |
| Alissia Balenzano | 2255 Rue de Baccarat | | Laval | QC | H7M 5S5 | Canada |
| Alliance Trading Corporation | XS Solutions - Salters Warehouse Complex | Salters, St. George | Barbados | | | West Indies |
| Amazon Advertising | PO Box 24651 | | Seattle | WA | 98124-0651 | USA |
| Amazon Advertising | 410 TERRY AVENUE | | Seattle | WA | 98124-0651 | USA |
| Amazon Web Services Inc | 410 Terry Avenue North | | Seattle | WA | 98109-5210 | USA |
| American Arbitration Association  International Centre for Dispute Resoluti | 1101 Laurel Oak Road  Suite 100 | AAA Case Number 01-23-0005-761 | Voorhees Township | NJ | 08043 | USA |
| American Broadcasting Companies Inc | 500 Seneca Street  Suite 503 | | Buffalo | NY | 14204-1963 | USA |
| American Express Travel Related Services Company  Inc | 200 Vesey Street | | New York | NY | 10281-5525 | USA |
| Amex Bank of Canada | PO Box 2000 | | Westhill | ON | M1E 5H4 | Canada |
| Analysis Group Inc | 111 Huntington Avenue 14th Floor | | Boston | MA | 02199 | USA |
| Anderson Merchandisers  LLC | 5601 Granite Parkway  Suite 1400 | | Plano | TX | 75024 | USA |
| Andrei Ceban | 11762 Boul Riverdale | | Montreal | QC | H8Z 3L8 | Canada |
| Arizona Department of Revenue | PO Box 29070 | | Phoenix | AZ | 85038-9070 | USA |
| Arizona Department of Revenue | 1600 W Monroe St | | Phoenix | AZ | 85038-9070 | USA |
| Arnall Golden Gregory LLP  Attn Darryl Laddin  Ref Slope Tech Inc | 171 17th Street NW Suite 2100 | | Atlanta | GA | 30363 | USA |
| Arnold & Porter Kaye Scholer LLP | 777 South Figueroa Street  44th Floor | | Los Angeles | CA | 90017-5800 | USA |
| ASAP Document Services | 2200 Wilson Blvd  Suite 102-553 | | Arlington Virgina | VA | 22201 | USA |
| Ascension Group KFT | 1072 | | Budapest | | Rakoczi Út 32 | Hungary |
| Ask LLP  ref Goli Nutirtion Inc | 2600 Eagan Woods Drive | Suite 400 | St  Paul | MN | 55121 | USA |
| Associated Wholesale Grocers | 5000 Kansas Avenue | | Kansas City | KS | 66106 | USA |
| Attentive Mobile Inc | 221 River St  9th Floor | | Hoboken | NJ | 07030 | USA |
| Attentive Mobile Inc | 221 River Street | Suite 9047 | Hoboken | NJ | 07030 | USA |
| Audacy Operations  Inc | 345 Hudson Street | | New York | NY | 10014 | USA |
| Aussie Health EcogreenPte. Ltd. | 3016 Bedok Nth Ave 4, 08-14 | | 489947 Singapore | -- | -- | Singapore |
| Australian Taxation Office | PO Box 3524 | | ALBURY NSW 2640 | -- | -- | Australia |
| Automatic Data Processing, Inc. (ADP Canada Co.) | 3250 Bloor Street West, Suite 1500 | | Toronto | ON | M8X 2X9 | Canada |
| Avalara Inc | 255 S  King St  Suite 1800 | | Seattle | WA | 98104 | USA |
| Avalara Inc | 255 South King Street | Suite 1800 | Seattle | WA | 98104 | USA |
| AXIS Reinsurance Company (Canadian Branch) | 70 York St | | Toronto | ON | M5J 1S9 | Canada |
| B Lab Company  B Lab US & Canada LLC | 228 Park Ave S PMB 21591 | | New York | NY | 10003 | USA |
| Bank of Montreal as Agent, c/o Osler, Harkin & Harcourt | Attn: Sandra Abitan, 1000 Rue De La Gauchetiere O | Bureau 2100 | Montreal | QC | H3B 4W5 | Canada |
| Bank of Montreal, doing business as, BMO Capital Partners | 105, Saint-Jacques, 3rd floor | | Montreal | QC | H2Y 1L6 | Canada |
| Banque HSBC Canada | 885 West Georgia Street | | Vancouver | BC | V6C 3E9 | Canada |
| Bay Cities | 538 Industry Avenue | | Pico Rivera | CA | 90660 | USA |
| Bay Cities Container Corporation | 5138 Industry Avenue | | Pico Rivera | CA | 90660 | USA |
| Bay Cities Packaging & Design  Bay Cities Container Corporation | 5138 Industry Avenue | | Pico Rivera | CA | 90660 | USA |
| Bazaarvoice Inc | 10901 Stonelake Blvd | | Austin | TX | 78759 | USA |
| BBB National Programs Inc | 1676 International Dr  Suite 550 | | McLean | VA | 22102 | USA |
| BDG Law Group | 10880 Wilshire Blvd  #1015 | | Los Angeles | CA | 90024 | USA |
| Bed Bath & Beyond | 650 Liberty Avenue | | Union | NJ | 07083-8107 | USA |
| Belleza Activa, S.A. | 20 calle 45-55 zone 12 El Cortijo III, No. 929 | | Guatemala 01012 | -- | -- | Guatemala |
| Benjamin Berger Consulting | Oetlingerstrasse 52, Basel | | Basel-Stadt 4057 | -- | -- | Switzerland |
| BERKELEY RESEARCH GROUP  LLC  BRG | 2200 Powell Street  Suite 1200 | | Emeryville | CA | 94608 | USA |
| BETTER BUSINESS BUREAU | 1112 S Bascom Ave | | San Jose | CA | 95128 | USA |
| Bhagwati Devi Baldwa d/b/a Shri Kartikeya Pharma, and  Ixoreal Biomed I | 5-9-225, 3rd Floor, Sanali Estate, C.A. Lane | Abids | Hyderabad 500001 Telang | -- | -- | India |
| BI-MART | P O  Box 310 | | Eugene | OR | 97402 | USA |
| bimodal llc | 17 horton lane | | Billerica | MA | 1821 | USA |
| Biosalut | Centro de Biosalud San José | San Rafael | Escazú | | | Costa Rica |
| BIP / American Express Travel Related Services Company  Inc | 200 Vesey Street | | New York | NY | 10285 | USA |
| BJ's Wholesale Club Inc | 869 Quaker Highway | | Uxbridge | MA | 01569-2252 | USA |
| Blair Effron | 39 East 79th Street  8th Floor | | New York | NY | 10075 | USA |
| Bliss Point Media | 1014 Broadway  Suite 1261 | | Santa Monica | CA | 90401 | USA |
| Bloomingdales | 1000 3RD AVE | | New York | NY | 10022-1230 | USA |
| Blue Ocean Global Technology | 4251 Lynn Circle | | Doylestown | PA | 18902 | USA |
| Blukoo | Unit 16 Kingsbury Trading Est | | Barningham Way, London, | -- | -- | UK |
| BMO Master Card / BMO Commercial Bank | 105, rue Saint-Jacques, 3e étage/Floor | | Montréal | QC | H2Y 1L6 | Canada |
| Bolton Food Group | Jacob Bolton  2139 E Sigler Rd | | Carleton | MI | 48117 | USA |
| Bolton Food Group  LLC | 2139 E  Sigler Road | | Carleton | MI | 48117 | USA |
| Bonn Bornheimer Strasse BC GmbH | Bornheimer Str. 127, 1st floor | | Bonn 53119 | -- | -- | Germany |
| BonoHealth B.V. Zeelandhaven | Zeelandhaven 6 3433 PL | | Nieuwegein | -- | -- | Netherlands |
| Botica Di Servicio | Caya J.E.M. Arends 15 | | Noord | -- | -- | Aruba |
| Brand Alignment LLC | 535 Washington St | Ste 1100 | Buffalo | NY | 14203 | USA |
| Bruce Weiss | 24 Jeanine Ct | | Manalapan | NJ | 07726-4665 | USA |
| BRX Management LLC c/o Boulevard Management  Attn Malvina Kazanian | 21731 Ventura Blvd  Suite 300 | | Woodland Hills | CA | 91364 | USA |
| BRX Management LLC c/o Murphy Kress  Attn Fariba Lary | 2401 Main Street | | Santa Monica | CA | 90405 | USA |
| Burlington Coat Factory | 206 Route 130 North | | Burlington | NJ | 8016 | USA |
| by nature b.v. | Vogt 21 - 6422 RK | | Heerlen | -- | -- | Netherlands |
| C&S WHOLESALE GROCERS  0018424670001 | 47 Old Ferry Road | | Brattleboro | VT | 5301 | USA |
| California Department of Tax and Fee Administration  ref 256-201808 | 505 North Brand Blvd | STE 700 | Glendale | CA | 91203-3946 | USA |
| Canada Post | 2701 Riverside Dr | | Ottawa | ON | K1A 1L7 | Canada |
| Canada Revenue Agency | 200 RENÉ LÉVESQUE BLVD | | Montreal | QC | H2Z 1X4 | Canada |
| Canada Revenue Agency | Prince Edward Island TC/TSO, 275 Pope Road | | Summerside | PE | C1N 5Z7 | Canada |
| Canadian Food Inspection Agency | 2001 Boulevard Robert-Bourassa | | Montreal | QC | H3A 2A6 | Canada |
| Carlo Contoreggi | 12141 Red Stream Way | | Columbia | MD | 21044 | USA |
| CASCADES RECOVERY+ a division of Cascades Canada ULC | 66 Shorncliffe Road | | Toronto | ON | M8Z 5K1 | Canada |
| Cavallaro Foods  LLC | 581 Court Street Road | | Syracuse | NY | 13206 | USA |
| CBS Studios Inc  or CBS Interactive Inc | 524 West 57th Street  3rd Floor | | New York | NY | 10019 | USA |
| CBS Television Network | 51 West 52nd Street | | New York | NY | 10019 | USA |
| CBSA / Shawinigan National Verification and Collection Centre | 4695 Shawinigan-Sud Boulevard | | Shawinigan | QC | G9P 5H9 | Canada |
| CBSA Accounts Receivable Management Unit | 333 North River Road, Place Vanier, Tower A | Ground Floor, Room 1018 | Ottawa | ON | K1A 0L8 | Canada |
| Centro Cuesta Nacional | S.A.S., Gregorio Luperon ave. corner Gustavo M. Ricart ave | | Santo Domingo | -- | -- | Dominican Republic |
| Centro de Biosalud | 200 metros norte de Multiplaza, Oficentro Decoplaza | Locales 6,7,8 | San José, San Rafael de Escazú | -- | -- | Costa Rica |
| Certco, Inc. | 5321 Verona Road | | Fitchburg | WI | 53711-4420 | USA |
| CEVA Contract Logistics U S  Inc  fka CEVA Logistics US  Inc | 15350 Vickery Drive | | Houston | TX | 77032 | USA |
| Chalati Lawyer Inc. | 200-2205 boul. Cote-Vertu | | Montreal | QC | H4R 1N8 | Canada |
| Charter Communications Operating, LLC d/b/a Spectrum Reach | 56 Marietta St | | Atlanta | GA | 30303 | USA |
| Charter Communications Operating, LLC dba Spectrum Reach | 56 Marietta St | | Atlanta | GA | 30303 | USA |
| Christopher Barfod | 2 Rue Garland | Dollard-des-Ormeaux | Montreal | QC | H9G 2B6 | Canada |
| Circle K Procurement and Brands Limited | 1130 W Warner Rd | | Tempe | AZ | 85284 | USA |
| Circle K Procurement and Brands Ltd. | Circle K House, Beech Hill | Clonskeagh | Dublin 4 D04 Y016 | -- | -- | Ireland |
| CIRCLE K STORES  INC | 8313 W  Latham St | Bld  B | Tolleson | AZ | 85353 | USA |
| Cision US Inc | 12051 Indian Creek | | CtBeltsville | MD | 20705 | USA |
| City of Norco / Utility Billing Division | 2870 Clark Avenue | | Norco | CA | 92860 | USA |
| Claude Benoualid, Guy Dehry / 91515 Canada Inc | 9250 rue Meilleur, Suite 202 | | Montreal | QC | H2N 2A5 | Canada |
| Clever Foods & Supplements  LLC | 1508 Vo Tech Dr | | Weslaco | TX | 78599 | USA |
| Clever Foods & Supplements  LLC | 1508 VO Tech Dr | | Weslaco | TX | 78599 | USA |
| Clyde & Co US LLP | 2020 Main Street  Suite 1100 | | Irvine | CA | 92614 | USA |
| CNA Hardy / Lloyd's Underwriter Syndicate No. 0382 HDU | 13th Floor, 20 Fenchurch St | | London | -- | EC3M 3BY | United Kingdom |
| CNESST | 500 RENÉ LÉVESQUE BLVD O | 25e étage | MONTREAL | QC | H2Z 2A3 | Canada |
| Comar  LLC / Paradigm Packaging West  LLC | 220 Laurel Rd #201 | | Voorhees Township | NJ | 8043 | USA |
| Commission Junction LLC | 530 East Montecito Street | | Santa Barbara | CA | 93103 | USA |
| Concur Technologies, Inc. | 222 Bay Street, Suite 2000 | | Toronto | ON | M5K 1B7 | Canada |
| Connect Brand Management | 9 Heaney Court | | Aurora | ON | L4G 0J7 | Canada |

| Name | Address 1 | Address 2 | City | Prov/Etat | Postal Code | Country |
|---|---|---|---|---|---|---|
| Connect Brand Management | 9 Heaney Court | | Aurora | ON | L4G 0J7 | Canada |
| Consumer Connection Inc | 6947 Coal Creek Parkway SE  #3100 | | Newcastle | WA | 98059 | USA |
| Continental Casualty Company (CNA Canada) | 1800 McGill College Avenue, Suite 520 | | Montréal | QC | H3A 3J6 | Canada |
| CORE-MARK INTERNATIONAL  INC | 13 Montano Road NW  Ste A | | Albuquerque | NM | 87107 | USA |
| Costco | 1999 Lake Drive | | Issaquah | WA | 98027 | USA |
| Cox Media  LLC  CoxCom  LLC | 6205B Peachtree Dunwoody Rd | | Atlanta | GA | 30328 | USA |
| Criteo Canada Corp. | 500 King Street West, 3rd Floor | | Toronto | ON | M5V 1L9 | Canada |
| Criteo Corp | 387 Park Avenue South  11th and 12th Floor | | New York | NY | 10016 | USA |
| Crossmark  Inc | 5100 legacy drive | | Plano | TX | 75024-3104 | USA |
| CSB Nutrition Corporation | 2600 North Main Street  PO Box 565 | | Spanish Fork | UT | 84660 | USA |
| CST Diamond LP | 19500 Bulverde Rd | Suite 230 | San Antonio | TX | 78259 | USA |
| CVS Pharmacy | One CVS Drive | | Woonsocket | RI | 02895-6146 | USA |
| Dash Hudson | 600-1668 Barrington St | | Halifax | NS | B3J 2A2 | Canada |
| Datasite LLC | 733 Marquette Avenue South  Suite 600 | | Minneapolis | MN | 55402 | USA |
| Davies Ward Phillips & Vineberg SENCRL srl | 900 Third Avenue  24th Floor | | New York | NY | 10022 | USA |
| Davinci Virtual  LLC | 2150 South 1300 East | Suite 200 | Salt Lake City | UT | 84106 | USA |
| Daymon Worldwide Canada Inc. | 2 Gurdwara Rd, Suite 604 | | Nepean | ON | K2E 1A2 | Canada |
| DDD Works LLC | 902A S  Walton Blvd  Ste 1 PMB 292 | | Bentonville | AR | 72712 | USA |
| DD's Discount | 530 Heclenda Drive | | Dublin | CA | 94568 | USA |
| Deerland Probiotics & Enzymes  Inc | 3800 Cobb International Blvd  NW | | Kennesaw | GA | 30152-7682 | USA |
| Desisto MGMT LLC | 191 Bernard Dr | | Manahawkin | NJ | 8050 | USA |
| Destini Global LLC | 222 West Hubbard Street  #300 | | Chicago | IL | 60654 | USA |
| Di Salvo Howard PLLC | 116 Linden Street Rockville Centre | | New York | NY | 11570 | USA |
| Dialogue Health Technologies Inc. | 111 Richmond Street West | Suite 502 | Toronto | ON | M5H 2G4 | Canada |
| Dierbergs Markets  Inc | 16690 Swingley Ridge Rd | | Chesterfield | MO | 63017 | USA |
| Dillard's | 16000 Cantrell Road | | Little Rock | AR | 72201-1110 | USA |
| Direct Digital Solutions | Blk 45, Lot 14 and 15, phase 9b Deca Resorts Tacunan | | Davao City 8000 | -- | -- | Philippines |
| Dispute Dynamics  Inc | 30262 Crown Valley Parkway  #B461 | | Laguna Niguel | CA | 92677-2364 | USA |
| DLA Piper (Canada) LLP | Suite 6000, 1 First Canadian Place | PO Box 367, 100 King Street W | Toronto | ON | M5X 1E2 | Canada |
| DLA Piper LLP  US | Suite 100  3203 Hanover Street | | Palo Alto | CA | 94304-1123 | USA |
| DLA Piper LLP  US | 3203 Hanover Street  Suite 100 | | Palo Alto | CA | 94304-1123 | USA |
| DLA Piper UK LLP Beijing | 20th Floor, South Tower Beijing Kerry Center | 1 Guanghua Rd, Guomao, Chaoyang | Beijing | | 100020 | China |
| Dollar General | 100 Mission Ridge | | Goodlettsville | TN | 37072-2171 | USA |
| Dollar Tree Merchandising | 500 Volvo Parkway | | Chesapeake | VA | 23320-1604 | USA |
| Dowd Bennett LLP  Attn Matthew Johnson | Ref Circle K Procurement and Brands Ltd | 1775 Sherman Street  Suite 2700 | Denver | CO | 80203 | USA |
| Driveline Retail Merchandising  Inc | 1141 E 1500 North Rd | | Taylorville | IL | 62568 | USA |
| DTO Law | 601 S  Figueroa Street  Suite 2130 | | Los Angeles | CA | 90017 | USA |
| Eby Brown | 1415 W Diehl Rd Suite 300N | | Naperville | IL | 60563 | USA |
| Eclaire Health  LLC | 23932 NE Glisan Street | | Gresham | OR | 97030 | USA |
| Eclaire Health  LLC  fka Eclaire Farm  LLC | 23932 NE Glisan Street | | Gresham | OR | 97030 | USA |
| Ecoelements | 155 Dao St | | Marikina City, 1810 | -- | -- | Philippines |
| Eden Reforestation Projects | 303 W  Foothill Blvd  Unit 13 | | Glendora | CA | 91741 | USA |
| Effectv  Comcast | One Comcast Center  36th Floor | | Philadelphia | PA | 19103 | USA |
| Electronic Imaging Services  Inc | 2800 Cantrell Road  Suite 500 | | Little Rock | AR | 72202 | USA |
| Elizabeth Carter | 5271 Birch Hill Pt | | San Diego | CA | 92130 | USA |
| Emburse  LLC | 320 Cumberland Ave | | Portland | ME | 4101 | USA |
| Emerson Ecologics  LLC | 1130 Elm Street Suite 301 | | Manchester | NH | 3101 | USA |
| Emerson Healhcare LLC | 413 East Lancaster Avenue | | Wayne | PA | 19087 | USA |
| Emerson Healthcare  LLC | 413 East Lancaster Avenue | | Wayne | PA | 19087 | USA |
| Empire Display Solutions | 850 Lincoln Ave #11 | | Bohemia | NY | 11716 | USA |
| Empire Display Solutions | 80 Orville Drive  Suite 100 | | Bohemia | NY | 11716 | USA |
| Employees (Various vacation accrual) | Goli Nutrition Inc., 2205 Boulevard De La Cote-Vertu | Suite 200 | Montreal | QC | H4R 1N8 | Canada |
| Endeavor House LLC | | | Scottsdale | AZ | 85261 | USA |
| Epic Brokers | 350 s  grand avenue #4500 | | Los Angeles | CA | 90071 | USA |
| Epic Brokers | 350 S GRAND AVE STE 4500 | | Los Angeles | CA | 90071-3430 | USA |
| Ernst & Young LLP | 100 Adelaide Street West | | Toronto | ON | M5H 0B3 | Canada |
| ESPN  Inc | 500 Seneca Street  Suite 503 | | Buffalo | NY | 14204-1963 | USA |
| eSSENTIAL Accessibility, Inc. | 658 Danforth Avenue, Suite 200 | | Toronto | ON | M4J 5B9 | Canada |
| eSSENTIAL Accessibility, Inc. | 83 Yonge Street, Suite 300 | | Toronto | ON | M5C 1S8 | Canada |
| Esyms Sdn Bhd | G-2-11, Connaught Avenue, Taman Connaught, 56000 Cheras | | Wilayah Persekutuan Kual | -- | -- | Malaysia |
| Exhale | 1588 W  57th Street  Fl 5 | | New York | NY | 10019 | USA |
| Falvey Insurance Group | 710 Dorval Drive | Unit 517 | Oakville | ON | L6K 3V7 | Canada |
| Faria holdings | Ground floor G3B 199 London Street, Hamilton Central | | Hamilton, 3204 | -- | -- | New Zealand |
| Federated Co-op Foods | PO Box 105 | | Saskatoon | SK | S7K 3M9 | Canada |
| Feldkamp Marketing | 7691 Five Mile Rd  Suite 203 | | Cincinnati | OH | 45230 | USA |
| Feldkamp Marketing | 7691 Five Mile Rd  Suite 203 | | Cincinnati | OH | 45230 | USA |
| Fineline Technologies | P O  Box 934219 | | Atlanta | GA | 31193-4219 | USA |
| FIRST Insurance Funding of Canada | 20 Toronto Street, Suite 700 | | Toronto | ON | M5C 2B8 | Canada |
| Five9 | 4000 Executive Parkway  Suite 400 | | San Ramon | CA | 94583 | USA |
| Flatworld Solutions  Inc | 116 Village Blvd | | Princeton | NJ | 8540 | USA |
| FLIP / LOS ANGELES WH Brand Onboarding | 2250 E. Maple Avenue | | El Segundo | CA | 90245 | USA |
| Fodmap Pty Ltd | LEVEL 1/91 Maroondah Hwy | | Ringwood VIC 3134 | -- | -- | Australia |
| Fodmap Pty Ltd | Level 1 91 Maroondah Hwy | | Ringwood Vic 3134 | -- | -- | Australia |
| Fodmap Pty Ltd. | 1st Floor, 91 Maroondah Highway | Ringwood | Victoria | | 3134 | Australia |
| Folkenflik & McGerity  Attn Max Folkenflik | 1500 Broadway  Suite 810 | | New York | NY | 10036 | USA |
| FOX NEWS NETWORK  LLC | 1211 Avenue of the Americas | | New York | NY | 10036 | USA |
| FREEMAN EXPOSITIONS, LTD | 61 Brown's Line | | Toronto | ON | M8W 3S2 | Canada |
| Freshworks Inc | 2950 S  Delaware St  Suite 201 | | San Mateo | CA | 94403 | USA |
| Freshworks Inc | 2950 S  Delaware Street  Suite 201 | | San Mateo | CA | 94403 | USA |
| FrontLIne Marketing  ADW Acosta  LLC | P O  BOX 841678 | | Dallas | TX | 75284-1678 | USA |
| Fusion Consulting Group Inc | 1353 Ave. Luis Vigoreaux #574 | | Guaynabo, PR 00966-2715 | -- | -- | Porto Rico |
| GABES | 55 Scott Ave | | Morgantown | WV | 26508 | USA |
| GASCON & ASSOCIES S.E.N.C.R.L. | 1100 Boul. René-Lévesque O Bureau 700 | | Montréal | QC | H3B 4N4 | Canada |
| General Nutrition Centers  Inc | 75 Hopper Place | | Pittsburgh | PA | 15222 | USA |
| Genius Central Systems  Inc C/O SPS COMMERCE INC | 333 South Seventh Street  Suite 1000 | | Minneapolis | MN | 55402 | USA |
| Gentilhomme Westmount inc. | 3058 Rue Saint-Antoine O | | Montréal | QC | H4C 1A5 | Canada |
| Geodis | 9472 Distribution Dr | | Clayton | IN | 46118-9529 | USA |
| Global Mail  Inc  dba DHL eCommerce Solutions | 2700 South Commerce Parkway  Suite 300 | | Weston | FL | 33331 | USA |
| Global Mail  Inc  dba DHL eCommerce Solutions | 2700 South Commerce Pkwy Suite 300 | | Weston | FL | 33331 | USA |
| GoBrands  Inc | 537 N 3rd Street | | Philadelphia | PA | 19123 | USA |
| Goe Forsythe & Hodges LLP  Attn Reem Bello | 17701 Cowan Avenue  Suite 210  Lobby D | | Irvine | CA | 92614 | USA |
| Goodwin Procter LLP | The New York Times Building  620 Eighth Avenue | | New York | NY | 10018-1405 | USA |
| Goodwin Procter LLP  ref BRX Management  LLC | The New York Times Building  620 Eighth Avenue | | New York | NY | 10018 | USA |
| Google LLC  Google AdSense | 1600 Amphitheatre Parkway | | Mountain View | CA | 94043 | USA |
| Google Workspace  GSuite | 1600 Amphitheatre Parkway | | Mountain View | CA | 94043 | USA |
| goPuff | 2130 SW Frontage Rd | | Shorewood | IL | 60404 | USA |
| Gordon Brothers Commercial & Industrial  LLC and Branford Auctions  LLC | 101 Huntington Ave Suite 1100 | | Boston | MA | 02199 | USA |
| Gordon Rees Scully Mansukhani  ref BRX Management  LLC | 1 Battery Park Plaza  28th Floor | | New York | NY | 10004 | USA |
| Gowling WLG | 160 Elgin Street  Suite 2600 | | Ottawa | ON | K1P 1C3 | Canada |
| Greenberg Traurig  LLP | 900 Stewart Ave | Suite 505 | Garden City | NY | 11530 | USA |
| Griffin International Companies  Inc  subsidiary of CITIES Market Studios | 5850 Opus Parkway  Suite 250 | | Minnetonka | MN | 55343 | USA |
| Griffin International Companies Inc  Cities Market Studios | 5850 Opus Parkway  Ste 250 | | Minnetonka | MN | 55343 | USA |
| Grocery Outlet  Inc | 5650 Hollis Street | | Emeryville | CA | 93501 | USA |
| GS1 Canada | 1500 Don Mills Road, Suite 800 | | Toronto | ON | M3B 3K4 | Canada |
| Hal Poret LLC | 142 Hunter Ave | | Sleepy Hollow | NY | 10591 | USA |
| Hardy, Norman & Associes S.E.N.C.R.L. | 7875 Louis-H. Lafontaine Blvd | | Anjou | QC | H1K 4E4 | Canada |
| Harris Teeter  LLC  Subsidiaries  Affiliates  and Partnerships | 7101 Crestdale Road | | Matthews | NC | 28105 | USA |
| Hartford  Facility Insurance  Property Choice | One Hartford Plaza | | Hartford | CT | 6155 | USA |
| Health and Beauty Viet Co., LTD | Ho Chi Minh Head Office PTG Building Binh Loi Street | Ward 13 Binh Thanh District | Ho Chi Minh City | -- | -- | Vietnam |
| Health Canada | Address Locator 1801B | | Ottawa | ON | K1A 0K9 | Canada |
| Health In Motion LLC | 3300 Horseless Carriage Drive | | Norco | CA | 92860-3635 | USA |
| Hilgers Graben PLLC Attention Alec Schultz | 1221 Brickell Avenue  Suite 900 | | Miami | FL | 33131 | USA |
| HM Revenue and Customs | Indv and Small Business Compliance | | BX9 1LE | -- | -- | United Kingdom |
| Hooplife Corporation | 1295 E 9th St | | Pomona | CA | 91767 | USA |
| Hooplife LLC | 10409 Vacco st | | El Monte | CA | 91733 | USA |
| Hotel Du Pont | 42 W 11TH Street | | Wilmington | DE | 19801 | USA |
| HubSpot Inc | 2 Canal Park | | Cambridge | MA | 2141 | USA |
| HubSpot Inc | 25 First Street | | Cambridge | MA | 2141 | USA |
| HubSpot Inc | Two Canal Park | | Cambridge | MA | 2141 | USA |
| Hughes Marino  Inc | 1450 Front Street | | San Diego | CA | 92101 | USA |
| Humans  Inc  dba Flip Fit | 2250 E Maple Ave | | El Segundo | CA | 90245 | USA |
| Hydro Westmount | PO Box 335, STN Westmount | | Westmount | QC | H3Z 2T5 | Canada |
| HY-VEE  INC | 58200 Westown Parkway | | West Des Moines | IA | 50266 | USA |
| Ibotta  Inc | 1801 California Street  Suite 400 | | Denver | CO | 80202 | USA |

| Name | Address 1 | Address 2 | City | Prov/Etat | Postal Code | Country |
|---|---|---|---|---|---|---|
| ICDR Rafael Carlos del Rosal Carmona  Director American Arbitration Assoc | AAA Case Number 01-23-0005-1116 | 120 Broadway  21st Floor | New York | NY | 10271 | USA |
| Idaho State Tax Commission | 11321 W Chinden Blvd | | Boise | ID | 83722-0410 | USA |
| IDR Marketing Partners LLC dba Brandshare | P O  Box 744843 | | Atlanta | GA | 30374-4843 | USA |
| iHerb | 3110 N Lake Ave  Suite 500 | | Pasadena | CA | 91101 | USA |
| Ilana Marie Tartaglia | 442 De Lausanne | | Laval | QC | H7M 5Z3 | Canada |
| iLevel Brands Inc | 7600 Newhall Ln | | Austin | TX | 78746 | USA |
| iLevel Brands Inc | 7600 Newhall Ln | | Austin | TX | 78746 | USA |
| iLevel Brands Inc | 7600 Newhall Ln | | Austin | TX | 78746 | USA |
| Imperial Distributors Inc / Worcester Warehouse | 1500 Blackstone River Road | | Worcester | MA | 1607 | USA |
| Information Resources  Inc | 203 N  LaSalle Avenue | | Chicago | IL | 60601 | USA |
| INGLES MARKETS, INC. | | | Asheville | NC | 28816 | USA |
| Inland Revenue | PO Box 39090 | Wellington Mail Centre | Lower Hutt 5054 | -- | -- | New Zealand |
| Inland Revenue Authority of Singapore | 55 Newton Road Revenue House | | Singapore 307987 | -- | -- | Singapore |
| INMAR- Youtech | One West Fourth St  Suite 500 | | Winston-Salem | NC | 27101 | USA |
| Internal Revenue Service / Special Procedures-Insolvency | P O  Box 7346 | | Philadelphia | PA | 19101-7346 | USA |
| InterTrade Systems Inc | 333 South Seventh Street  Suite 1000 | | Minneapolis | MN | 55402 | USA |
| Iowa Department of Revenue | 1305 E Walnut St Fourth Floor | | Des Moines | IA | 50319 | USA |
| IP Commerce Sdn. Bhd | G-2-11, Block G, Connaught Avenue, Taman Connaught, 56000 Cheras | | Wilayah Persekutuan Kuali | -- | -- | Malaysia |
| Ixoreal Biomed Inc. | 5 - 9 - 225, 3rd Floor | Chirag Ali Lane | Hyderabad, Telangana State 500001 | | | India |
| Jack Levy | 430 North Lake Way | | Palm Beach | FL | 33480 | USA |
| Jaffe & Asher LLP  Attn Gregory Galterio | 600 Third Avenue | | New York | NY | 10016 | USA |
| JAMS resolution center | JAMS #5100001966 | 95 7th St | San Francisco | CA | 94103 | USA |
| Jennifer Gauld | 5407 46 St. | | Lloydminster | QC | T9V 0E2 | Canada |
| Johanson Transportation Service | 5583 E. OLIVE AVENUE | | Fresno | CA | 93727 | USA |
| Johnson Dalal | 111 N Pine Island Rd  Suite 105 | | Plantation | FL | 33324 | USA |
| Jonathan Benoualid | 122 Avenue de Marln Crescent | | Pointe-Claire | QC | H9S 5B3 | Canada |
| Josh Splansky Consulting | 28 Fairview Ave | | Lynnfield | MA | 1940 | USA |
| JTB Distribution Inc. | 2446 R. Notre Dame O | | Montréal | QC | H3J 1N5 | Canada |
| Juro Online Limited | 1 Long Lane | | London SE1 4PG | -- | -- | United Kingdom |
| Juro Online Limited | 7-9 Woodbridge St | | London EC1R 0LL | -- | -- | United Kingdom |
| Kane Russell Coleman Logan PC  Attn Heather Kabele | 5151 San Felipe Street | Suite 800 | Houston | TX | 77056 | USA |
| Kansas Department of Revenue | 120 SW 10th Avenue | | Topeka | KS | 66612-1594 | USA |
| Karan Malhotra | 1526 Bryce Rd | | Mississauga | ON | L4W 4C8 | Canada |
| Kathleen Power | 4314 Avenue Rosedale | | Montreal | QC | H4B 2G7 | Canada |
| Kehe | | | Jacksonville | FL | 32241 | USA |
| Keller and Heckman LLP | 1001 G St NW Suite 500 West | | Washington | DC | 20001 | USA |
| Kentucky Department of Revenue | 501 High Street | Station Number 67 | Frankfort | KY | 40601-2103 | USA |
| Kim Gittens | Mill Creek Road | | Pembroke HM05 | -- | -- | Bermuda |
| Knocking Inc | 357 Commerce Dr  PB 320599 | | Fairfield | CT | 6825 | USA |
| KPS Comercializadora S.A. de C.V. | Avenida Acueducto No. 4851 Piso 8 Oficina 3 | | Zapopan, Jalisco, CP: 451 | -- | -- | Mexico |
| Kroger LLC | 10814 Vine Street | | Cincinnati | OH | 44202-1100 | USA |
| Kugler Kandestin LLP | 1 Place Ville-Marie, Suite 1170 | | Montréal | QC | H3B 2A7 | Canada |
| Kustomer  Inc | 318 W 39th St Ste 5 | | New York | NY | 10018 | USA |
| KVAT Foods Stores c/o FOOD CITY DISTRIBUTION | 26331 Hillman Highway | | Abingdon | VA | 24210 | USA |
| Kyowa Hakko USA  Inc | 600 Third Avenue  19th Floor | | New York | NY | 100016 | USA |
| Larry D  Simons  Chapter 7 Trustee for Better Nutritionals  LLC | c/o MARSHACK HAYS WOOD LLP  ATTN D  Edward H870 Roosevelt | | Irvine | CA | 92600 | USA |
| Lathrop GPM LLP | 2345 Grand Blvd  Suite 2200 | | Kansas City | MO | 64108-2618 | USA |
| Lawrence J  Cheskin | 3950 White Rose Way | | Ellicott City | MD | 21042 | USA |
| LE GROUPE JEAN COUTU (PJC) INC | 245 Rue Jean Coutu | | Varennes | QC | J3X 0E1 | Canada |
| Lee & Associates Commercial Real Estate Services  Inc | 3240 Mission Inn Avenue | | Riverside | CA | 92507 | USA |
| LegalPartner Group, LLC | 134 N LA SALLE ST, Suite 800 | | Chicago | IL | 60602 | USA |
| Legendary  LLC | 5535 Meadows Del Mar | | San Diego | CA | 92130 | USA |
| Lentz & Gengaro LLP  Attn David Lentz | 347 Mt  Pleasant Avenue  Suite 203 | | West Orange | NJ | 7052 | USA |
| LEVENE  NEALE  BENDER  YOO & GOLUBCHIK L L P | 2818 La Cienega Avenue | | Los Angeles | CA | 90034 | USA |
| Lewisco Holdings | 48 W 21st Street  11th Floor | | New York | NY | 10010 | USA |
| LexisNexis Risk Solutions | 28330 Network Place | | Chicago | IL | 60673-1283 | USA |
| Life Pharma | Salam Tower, building 72, West Bay area (Zone 60) Street 810, 2nd floor, PO Box 20171 Doha | | | -- | -- | Qatar |
| Lil' Drug Store | 9300 Earhart Ln SW | | Cedar Rapids | IA | 52404 | USA |
| Linguanational Translations  Inc | 401 N Michigan Ave  Suite 1200 #12135 | | Chicago | IL | 60611 | USA |
| Link International Brands Limited SA | 28 Weaver Ave | | Mackenzie Park Benoni Jol | -- | -- | South Africa |
| LinkedIn | 16 York St. | | Toronto | ON | M5J 2Z2 | Canada |
| Lipari Foods LLC | 2661 Bunert Road | | Warren | MI | 48089 | USA |
| LIVEKETO PRIVATE LIMITED | DG-A-03-023, The Digital Greens, Sector-61, Wazirabad | | Gurgaon, Haryana 122011 | -- | -- | India |
| Liveketo Private Limited | Suite 23, 3rd floor, Tower A, Emaar Digital Greens, SGolf Course Extension Road | | Gurgaon, Haryana 122001 | -- | -- | India |
| LOBLAWS INC / 2489580680099 SHOPPERS DRUG MART INC | 2430 Consumers Rd | | North York | ON | M2J 4W8 | Canada |
| Loed & Loeb LLP | 321 North Clark Street  Suite 2300 | | Chicago | IL | 60654 | USA |
| Louis J  DeFilippi  LLC | 208 Edgewood Ln | | Palatine | IL | 60067 | USA |
| Louisiana Department of Revenue | 617 N 3rd St | | Baton Rouge | LA | 70802 | USA |
| Lumanity Clinical and Regulatory Inc | 67 E  Park Place  Suite 600 | | Morristown | NJ | 7960 | USA |
| Lynn Pinker Hurst & Schwegmann  LLP | 2100 Ross Avenue  Suite 2700 | | Dallas | TX | 75201 | USA |
| Macy's Inc  DBA Bloomingdales com | 145 Progress Place | | Springdale | OH | 45246 | USA |
| Malaco  Inc | 3023 W Northside Dr | | Jackson | MS | 39213 | USA |
| Manufacturers Life Insurance Company Ltd. | 2000 Rue Mansfield #8 | | Montréal | QC | H3A 2Z8 | Canada |
| Maplebear Inc  dba Instacart | P O  Box 103272 | | Pasadena | CA | 91189 | USA |
| Maplebear Inc  dba Instacart | 50 Beale Street  Suite 600 | | San Francisco | CA | 94105 | USA |
| Market Performance Group | 3122 Fire Rd Ste 202 | | Princeton Junction | NJ | 08234 | USA |
| Market Performance Group  LLC | 960 Holmdel Rd building 2 | | Holmdel | NJ | 7733 | USA |
| Marketplace Operations Inc | 350 5th Ave  41st floor | | New York | NY | 10118 | USA |
| Marsh Canada | 1, Place Ville Marie, Bureau 1500 | | Montréal | QC | H3B 2B5 | Canada |
| Marsh Canada Limited | 120 Bremner Boulevard, Suite 800 | | Toronto | ON | M5J 0A8 | Canada |
| Marsh Canada Limited – Head Office | 120 Bremner Boulevard, Suite 800 | | Toronto | ON | M5J 0A8 | Canada |
| Marshall Retail Group  LLC | 3755 West Sunset Rd  Suite A | | Las Vegas | NV | 89118 | USA |
| McDonald Hopkins LLC | 600 Superior Ave E  Suite 2100 | | Cleveland | OH | 44114 | USA |
| McLane Company Inc | 4747 McLane Parkway | | Temple | TX | 76504 | USA |
| MCLANE COMPANY, INC | 4747 McLane Parkway | | Temple | TX | 76504 | USA |
| McMillan LLP | 1000 Sherbrooke Street West Suite 2700 | | Montréal | QC | H3A 3G4 | Canada |
| Media Solutions Group | 2001 RT 46 - SUITE 402 | | Parsippany | NJ | 7054 | USA |
| Media Solutions Group Canada | 600 E Crescent AveUpper | | Saddle River | NJ | 7458 | USA |
| Media Solutions Group Canada /Adworks/Pratt | 5925 Airport Road, Suite 200 | | Mississauga | ON | L4V 1W1 | Canada |
| Media Solutions Group Canada/Adworks Mailing Services Inc. | 2283 Anson Drive | | Mississauga | ON | L5S 1G6 | Canada |
| MEIJER / 0069595550000 MEIJER | 2929 Walker Ave NW | | Walker | MI | 49544 | USA |
| Merchandise Inc. | 5929 OH-128 | | Cleves | OH | 45002 | USA |
| MeriCal LLC | 2995 E Miraloma Ave | | Anaheim | CA | 92806 | USA |
| Merical LLC | 2995 E  Miraloma Ave | | Anaheim | CA | 92806 | USA |
| Meta Platforms  Inc  - CAD | 1601 Willow Rd | | Menlo Park | CA | 94025 | USA |
| Michael Vercelletto | 2 Toth Ln | | Rocky Hill | NJ | 08553-1010 | USA |
| Midway Middle East DMCC | Cluster X, Jumeirah Bay X 3, Office 901, Jumeirah Lake Towers | | Dubai | -- | -- | United Arab Emirates |
| Military Resale Solutions | 83 Tluchak Lane | | Chesapeake | VA | 23323 | USA |
| Miller Thomson | 1000 Rue De la Gauchetière O Bureau 3700 | | Montreal | QC | H3B 4W5 | Canada |
| Mindsight  LLC | 7676 Torrey Court | | Arvada | CO | 80007-7637 | USA |
| Minnesota Department of Revenue | 600 N  Robert St | | St  Paul | MN | 55101 | USA |
| Missouri Department of Revenue | Harry S Truman State Office Building | 301 West High Street | Jefferson City | MO | 65101 | USA |
| MKH Services  INC | Ming Kang Hsieh  2780 Skypark Dr  Ste 430 | | Torrance | CA | 90605 | USA |
| Moiz Ali Investments LLC | 4128 Saguaro Ln | | Irving | TX | 75063 | USA |
| Montreal mini storage | 2250 Boul. de Maisonneuve E | | Montréal | QC | H2K 2E5 | Canada |
| Montreal mini storage | 5260 Ferrier St | | Montreal | QC | H4P 1L3 | Canada |
| MORRISON COHEN LLP | 909 Third Avenue  27th Floort | | New York | NY | 10022 | USA |
| Much Shelist  P C  Attn Martin O'Hara | 191 N  Wacker Drive  Suite 1800 | | Chicago | IL | 60606 | USA |
| Mueller Yurgae | 2155 E  129 Street | | Olathe | KS | 66062 | USA |
| Mueller Yurgae Associates  Inc | 2155 E  129th Street | | Olathe | KS | 66062 | USA |
| Muscle Foods USA | 1100 Keystone Industrial Pk Rd  Unit 1-B | | Dunmore | PA | 18512 | USA |
| Mushab Umair Bin Najumudeen Nigel Herbs Pte Ltd | 33 Ubi Avenue | | Singapore 408868 | -- | -- | Singapore |
| Nancy Behrman Communications  Inc | 286 Madison Ave Fl 11 | | New York | NY | 10017 | USA |
| Natural Partners  Inc | 985 E  Pima Center Parkway Suite 200 | | Scottsdale | AZ | 85258 | USA |
| Natures Emporium | 1655 Yonge St | | Newmarket | ON | L3X 1V6 | Canada |
| Nebraska Department of Revenue | 505A Broadway Ste 800 | | Scottsbluff | NE | 69361 | USA |
| Nephron Pharmaceuticals Corporation | 4500 12th Street Extension West | | Columbia | SC | 29172 | USA |
| Nevada Department of Taxation | 3850 Arrowhead Drive  2nd Floor | | Carson City | NV | 89706 | USA |
| New Mexico Taxation and Revenue Department | 1200 South St. Francis Drive | | Santa Fe | NM | 87505 | USA |
| New York State Department of Labour  ref 55-83757 7 | Employer Account Adjustment Section | Harriman State Office Campus | Albany | NY | 12240-0415 | USA |
| Newline Holdings UK / Limited Lloyd's Underwriter Syndicate No. 1218 | 1 Fen Ct | | London | -- | EC3M 5BN | United Kingdom |
| NN Gumuda Wellness LLC | 55 Triangle Blvd #B | | Carlstadt | NJ | 7072 | USA |
| Noemie Malenfant | 64 Lyden Dr | | Quispamsis | NB | E2E 4J3 | Canada |
| Nordstrom Canada DC# 8688 | 110A Iron St | | Etobicoke | ON | M9W 5L9 | Canada |
| NORDSTROM USD | 1000 Sixth Avenue Suite 500 | | Seattle | WA | 98101 | USA |
| North Carolina Department of Revenue | 501 North Wilmington Street | | Raleigh | NC | 27604 | USA |
| North Dakota Office of State Tax Commissioner | 600 E  Boulevard  Ave  Dept  127 | | Bismarck | ND | 58505-0599 | USA |

| Name | Address 1 | Address 2 | City | Prov/Etat | Postal Code | Country |
|---|---|---|---|---|---|---|
| Nutrition Faktory | 202 N Thompson Ln Ste B | | Murfreesboro | TN | 37129-4331 | USA |
| NYS Workers' Compensation Board  ref 3253860 | 328 State Street | | Schenectady | NY | 12305-2318 | USA |
| Ocean State Jobbers  Inc | 375 Commerce Park Road | | N  Kingstown | RI | 02852-8420 | USA |
| Ohio Department of Revenue | | | Columbus | OH | 43218-2215 | USA |
| Ollie's Bargain Outlet  Inc | 6895 Allentown Blvd  Suite 1 | | Harrisburg | PA | 17112 | USA |
| On Retail | 326 SW A St Ste 200 | | Bentonville | AR | 72712 | USA |
| ONNURISTORE | 13,15 floor, CBS building, 19-1, Mokdongseo-ro, Yangcheon-gu | | Seoul | -- | | Republic of Korea |
| OnRetail  LLC | 326 SW A St  Suite 200 | | Bentonville | AR | 72712 | USA |
| OptiConversion  LLC | 121 N 2nd St  Suite J | | Saint Charles | IL | 60174 | USA |
| Orthodox Union | 40 Rector Street  4th floor | | New York | NY | 10006 | USA |
| Osiris Inc. | 1 Wilkinson Road | | Brampton | ON | L7T4M6 | Canada |
| OTG Management | 352 Park Avenue South 10th Floor | | New York | NY | 10010 | USA |
| OTG Management  LLC | 352 Park Avenue South  Floor 10 | | New York | NY | 10010 | USA |
| OUTPOST MTL | 812-160 Saint-Viateur East | | Montreal | QC | H2T1A8 | Canada |
| Oyun-Erdene Batjargal | Mailbox #M3653 Address 55 Triangle Blvd #B | | Carlstadt | NJ | 7072 | USA |
| PackageBee | 708  Church Street | | Decatur | GA | 30030 | USA |
| Palko Distributing Co | 4891 West US Hwy 20 | | Michigan | IN | 46360-6638 | USA |
| Paola Tiranardi | 1900-500 Place d'Armes | | Montreal | QC | H2Y 2W2 | Canada |
| Paradies Lagardere | P O  Box 734110 | | Dallas | TX | 75373-4110 | USA |
| Parker Group  Inc | 401 Broadway  Suite 701 | | New York | NY | 10013 | USA |
| Parker Group  Inc | 401 Broadway Suite 701 | | New York | NY | 10013 | USA |
| Patexia Inc | 100 Wilshire Blvd Ste  Suite 700 | | Santa Monica | CA | 90401 | USA |
| PayPal  Inc  / Attention Legal Department | 2211 North First Street | | San Jose | CA | 95131 | USA |
| Peak Performance Products Inc. | 956 Columbus Road | | Mississauga | ON | L5T 2G1 | Canada |
| People for Ethical Treatment of Animals  Inc | 501 Front St | | Norfolk | VA | 23510 | USA |
| Pinterest  Inc | 651 Brannan Street | | San Francisco | CA | 94107 | USA |
| Plaza Enterprises Private Limited | H. Medhuge 1st Floor | Medhuziyaaraiy Magu | Male K 20127 Maldives 33 | -- | -- | Maldives |
| Plum Market | 30777 Northwestern Hwy Suite 301 | | Farmington Hills | MI | 48334 | USA |
| Premier Global Property Investments | 8430 Santa Monica Blvd West | | Hollywood | CA | 90069 | USA |
| Premier Global Real Estate Services Inc | 8430 Santa Monica Blvd | | West Hollywood | CA | 90069 | USA |
| Prevost Notaires Inc. | 1600-2000 AVE, McGill College | | Montreal | QC | H3A 3H3 | Canada |
| Price Mart | 8700  Vancouver Ave | | Portland | OR | 97217 | USA |
| PriceSmart | 97400 Scranton Road | | San Diego | CA | 92121 | USA |
| PriceSmart  Inc | 9740 Scranton Road | | San Diego | CA | 92121 | USA |
| Prime Imports of Guyana | FF - INFINITY FREIGHT & LOGISTICS 818 Commerce Way | | MIAMI LAKES MIAMI | FL | 33016 | USA |
| PT.VITA SHOPINDO | JL.DURI TOL NO.2, RT 006 RW 01 DURI KEPA | | JAKARTA BARAT 11510 | -- | -- | Indonesia |
| PUBLIX SUPER MARKETS / Location ID: 0069220090000 INC. | 1936 George Jenkins BLVD | | Lakeland | FL | 33815 | USA |
| PureFormulas | 11820 NW 102nd Rd Suite 2 | Main Warehouse | Miami | FL | 33178 | USA |
| Purity Life Health Products LP | 6 Commerce Cres. | | Acton | ON | L7J 2X3 | Canada |
| Quality IMPORT Solutions Inc. | 4145 North Service Road, Suite 200 | | Burlington | ON | L7L 6A3 | Canada |
| Quench Canada, Inc | PO Box 12225, Station A | | Toronto | ON | M5W 0K5 | Canada |
| QVC INC | 1100 Wilson Drive | | West Chester | PA | 19380 | USA |
| Rakuten Rewards | 800 Concar Drive  Suite 175 | | San Mateo | CA | 94402 | USA |
| Raymond West  Raymond Handling Solutions  Inc | 9939 Norwalk Blvd | | Santa Fe Springs | CA | 90670 | USA |
| Rebl House inc. | 322 Saint Thomas | | Montreal | QC | H3C 1Z9 | Canada |
| Recharge Inc | 1507 20th St | | Santa Monica | CA | 90404 | USA |
| Red Fox Analytics | 4845 Pearl East Circle  Suite 118  PMB 66940 | | Boulder | CO | 80301 | USA |
| Red Points | Berlín Street, 38-48  1a 08029 | | Barcelona | -- | -- | Spain |
| REFIK KUMAN PHARMA LTD | No. 1 Ecz. Yusuf Kuman Street, Gecitkale | | Famagusta | -- | -- | Turkish Republic of N |
| Reflex Sales Group | 3505 Quarzo Circle | | Thousand Oaks | CA | 91362-1131 | USA |
| Regus Management Group  LLC | 1129 Northern Blvd  Suite 404 | | Manhasset | NY | 11030 | USA |
| REHAB FOOD DEPOT | 9805 6th Street  Unit 203 | | Rancho Cucamonga | CA | 91730 | USA |
| Revenu Quebec | C.P 4000, succursale Desjardins | | Montreal | QC | H5B 1A5 | Canada |
| Revenu Quebec | Secteur LL805, 4 Place Laval Bureau 150 | | Laval | QC | H7N 5Y3 | Canada |
| RGL Holdings LLC | 1930 Village Center Cir  STE 3-136 | | Las Vegas | NV | 89134 | USA |
| RGL Management LLC | 17120 South Figueroa Street  Unit B | | Gardena | CA | 90248 | USA |
| RGL Management LLC | 1930 Village Center Cir  STE 3-136 | | Las Vegas | NV | 89134 | USA |
| RGL Management LLC Sharon and Odelya Hoffman | 117 South Royal Ascot Drive | | Las Vegas | NV | 89144 | USA |
| Rhode Island Division of Taxation | One Capitol Hill | | Providence | RI | 02908-5800 | USA |
| Risa Schulman Schlager | 19 Lehigh Ave | | Clifton | NJ | 7012 | USA |
| Rite Aid Hdqtrs  Corp | P O  Box 3165 | | Harrisburg | PA | 17105 | USA |
| RiteAid | 1500 Intrepid Avenue  2nd Floor | | Philadelphia | PA | 19112 | USA |
| Robert A  Leonard  Ph D | 51 Lake Avenue | | Mill Neck | NY | 11765 | USA |
| Robinson Pharma  Inc | 3330 South Harbor Blvd | | Santa Ana | CA | 92704 | USA |
| Rogers Communications | One Mount Pleasant Road | | Toronto | ON | M4Y 2Y5 | Canada |
| Roshan Pritmani Chase Superwin Ltd | 503 Wing On Plaza, 62 Mody Road, TST-East | | Kowloon Kowloon Hong Ko | -- | -- | China |
| Ross Stores  Inc | 5030 Hacienda Dr | | Dublin | CA | 94568 | USA |
| RSM US LLP | 4650 East 53rd St | | Davenport | IA | 52807 | USA |
| RSM US LLP | 300 South Tryon Street  Suite 1500 | | Charlotte | NC | 28202 | USA |
| S & S Food Broker | 100 Saratoga Village Blvd  Suite 50 | | Ballston Spa | NY | 12020 | USA |
| Saddle Ranch APG LLC c/o Alere Property Group LLC | 100 Bayview Circle Suite 310 | | Newport Beach | CA | 92660 | USA |
| SafetyCall International  LLC | 3600 American Blvd W  Suite 725 | | Bloomington | MN | 55431 | USA |
| Salsa y Sabores | 3era Calle, 17-31, Zona 8 de Mixco | | Ciudad de Guatemala | -- | -- | Guatemala |
| Samsclub | 2101 SE Simple Savings Dr | | Bentonville | AR | 72712-4304 | USA |
| Sanzyme Biologics Private Limited | Plot 13, Rd Number 2, Sagar Society | Banjara Hills | Hyderabad, Telangana State 5000034 | | | India |
| Saul Ewing  LLP | 1201 N Market St  #2300 | | Wilmington | DE | 19801 | USA |
| Schneider National Carriers  Inc | 3101 South Packerland Drive  P O  Box 2545 | | Green Bay | WI | 54306-2545 | USA |
| Schwartz Semerdjian  reference Elizabeth Carter | 101 West Broadway  Suite 810 | | San Diego | CA | 92101-82229 | USA |
| Sharon and Odelya Hoffman | 117 South Royal Ascot Drive | | Las Vegas | NV | 89144 | USA |
| Shopify | 150 Elgin Street | Suite 800 | Ottawa | ON | K2P 1L4 | Canada |
| Shopify Inc. | 150 Elgin Street | Suite 800 | Ottawa | ON | K2P 1L4 | Canada |
| SIGNIFYD INC | 99 South Almaden Boulevard  Suite 400 | | San Jose | CA | 95113 | USA |
| SIGNIFYD Inc | 2540 North First Street  Ste 300 | | San Jose | CA | 95131 | USA |
| SIGNIFYD Inc | 99 Almaden Blvd | 4th floor | San Jose | CA | 95113 | USA |
| Sinclair Broadcast Group (Sinclair Television Group Inc) | 200 S Alto Mesa Dr | | El Paso | TX | 79912 | USA |
| Sivic Productions and Trading Limited | 190 Munroe Road | | Cunupai | -- | -- | Trinidad and Tobago |
| Skyhe Global inc | 394 Quingua St, Barangay Pinagkaisahan | | Makati City, 1213 | -- | -- | Philippines |
| Sledge hammer Product Destruction LLC | 10926, Bluffside, Dr. Ste 25 | | Los Angeles | CA | 91604 | USA |
| Slope Tech  Inc | 5-7 Freelon Street | | San Francisco | CA | 94107 | USA |
| SMART AND FINAL | 600 Citadel Dr | | Commerce | CA | 96040 | USA |
| Snell & Wilmer L L P | One East Washington Street  Suite 2700 | | Phoenix | AZ | 85004-2556 | USA |
| Southern California EDISON / CPUC  Consumer Affairs Branch | 505 Van Ness Ave  Room 2003 | | San Francisco | CA | 94102 | USA |
| Southwest Material Handling  Inc  dba Southwest ToyotaLift and Southwe: | 3725 Nobel Court | | Mira Loma | CA | 91752 | USA |
| SPA  INC | 401 Milford Parkway | Dock Doors 11-14 | Milford | OH | 45150 | USA |
| Specialty Foods Sales & Marketing | 4887 E  La Palma Ave  Suite 703 | | Anaheim | CA | 92807 | USA |
| Specialty Foods Sales & Marketing | 4887 E  La Palma Ave Suite 703 | | Anaheim | CA | 92807 | USA |
| SPINS LLC | 222 West Hubbard St  Suite 300 | | Chicago | IL | 60654 | USA |
| Sportika Export Inc | 225 Episcopal Road | | Berlin | CT | 6037 | USA |
| SPS Commerce | | | Dallas | TX | 75320-5782 | USA |
| SPS Commerce, Inc. | | | Dallas | TX | 75320-5782 | USA |
| Staci Americas LLC (formerly Amware Fulfillment LLC) | 6878 Kelly Ave | | Morrow | GA | 30260 | USA |
| Staci US Corp. (Staci Americas LLC) | 6878 Kelly Ave | | Morrow | GA | 30260 | USA |
| State of California  / Franchise Tax Board | | | Sacramento | CA | 94257-0511 | USA |
| States of Texas | 1700 N  Congress Suite 300 | | Austin | TX | 78701-3047 | USA |
| Stevens Global Logistics  Inc | 3700 Redondo Beach Avenue | | Redondo Beach | CA | 90278 | USA |
| Stevens Global Logistics  Inc | 3700 Redondo Beach Ave | | Redondo Beach | CA | 90278 | USA |
| Stratea  LLC  reference Anthony Metzner | 2510 Johnson Place Dr | | Ballwin | MO | 63021 | USA |
| Subfoods Co Ltd | Fayaad Subratty Subfoods Co Ltd Highlands Branch Rd | | 73633 Phoenix | -- | -- | Mauritius |
| Summit Nutritional Laboratories | 2600 N Main St | | Spanish Fork | UT | 84660 | USA |
| Super Natural Distributors | W229N1480 Westwood Dr | | Waukesha | WI | 53186 | USA |
| Superior Court of California | Case No  23STCV18358 | Stanley Mosk Courthouse  111 N  Hi | Los Angeles | CA | 90012 | USA |
| Superior Court of New Jersey Law Division | Docket No  UNN-L000481-24 | Union County Superior Court  2 Bro | Elizabeth | NJ | 7207 | USA |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA | Case Number CVRI2400419 0000082077113 | 3535 Tenth St | Riverside | CA | 92501 | USA |
| Susannah Coltman | 888 Lorimer Street  #3 | | Brooklyn | NY | 11222 | USA |
| Target Corporation | Target Plaza South  10000 Nicollet Mall | | Minneapolis | MN | 55603 | USA |
| The Bureau Vomela Companies | 845 Minnehaha Ave E | | St Paul | MN | 55106 | USA |
| The Data Council  Inc | 15310 Barranca Parkway  Ste 100 | | Irvine | CA | 92618 | USA |
| The Hartford  Facility Insurance  / Property Choice Hartford Fire Insurance | One Hartford Plaza | | Hartford | CT | 6155 | USA |
| The Hut.com limited - UK | 5th Floor, Voyager house, Manchester Airport | | Manchester M90 3DQ | -- | -- | England |
| The Pruzan Family 2003 Trust | 812 Park Avenue Apt 3D | | New York | NY | 10021 | USA |
| The Royal Group  Schwarz Partners Packaging  LLC | 1300 Highland Corporate Dr  Suite 104 | | Cumberland | RI | 2864 | USA |
| The Shuster Group  LLC | 2213 Mendon Road | | Woonsocket | RI | 2895 | USA |
| The Shuster Group LLC | 2213 Mendon Road | | Woonsocket | RI | 2895 | USA |
| The UST - Office of The United States Trustee | 844 King Street  Suite 2207  Lockbox 35 | | Wilmington | DE | 19801 | USA |
| Thomson Reuters West Publishing Corporation | 610 Opperman Drive | | Eagan | MN | 55123-1396 | USA |
| Threshold Enterprises Ltd | 73 Janis Way | | Scotts Valley | CA | 95066 | USA |
| Thrive Markets | 509 Glencoe Ave | | Marina Del Rey | CA | 90292 | USA |

| Name | Address 1 | Address 2 | City | Prov/Etat | Postal Code | Country |
|---|---|---|---|---|---|---|
| TIKTOK INC. | 78 Mowat Ave | | Toronto | ON | M6K 3K9 | Canada |
| TITLIS Pharma (Pvt) Limited | 528-A, Sunder Industrial Estate, Raiwind Road | | Lahore | -- | -- | Pakistan |
| TJX | 780 Cochituate Road | | Framingham | MA | 07101 | USA |
| Treetop Industries LLC  fka Canopy Industries  LLC | 5093 Dronnigens Gade Ste 1 | | St Thomas | VI | 00802 | USA |
| Treetop Industries LLC fka Canopy Industries  LLC | 7901 Cameron Rd | Suite 3-332 | Austin | TX | 78754 | USA |
| Trinet | 1 Park Place  Suite 600 | | Dublin | CA | 94568-7983 | USA |
| UL Verification Services Inc | 62045 Collections Center Drive | | Chicago | IL | 60693-0620 | USA |
| ULTA  Inc  / ULTA DC North East | 50 Kriner Road Suite 200 | | Chambersburg | PA | 17202 | USA |
| UNFI/Millbrook | UNFI  11 ALBION ROAD  SUITE 101 | | LINCOLN | RI | 02865-3749 | USA |
| UNFI/SUPERVALU | 1920 Kost Road | | Carlisle | PA | 17015 | USA |
| Unified Merchandising LLC | 40 Boright Avenue | | Kenilworth | NJ | 7033 | USA |
| Unified Merchandising LLC | 40 Boright Ave | | Kenilworth | NJ | 7033 | USA |
| Union of Orthodox Jewish Congregation of America | 40 Rector St | | New York | NY | 10006 | USA |
| United National Consumer Suppliers | 1471 NE 26th Street  Suite 200 | | Ft  Lauderdale | FL | 33305 | USA |
| United Natural Foods Inc | One Bridgestone Park | STE 100 | Nashville | TN | 37214 | USA |
| United Natural Foods Inc | 1 Albion Road | | Lincoln | RI | 2865 | USA |
| UNITED STATES DISTRICT COURT | Case No  23-cv-06597-CAS-MAA | 350 W  First Street | Los Angeles | CA | 90012 | USA |
| United States District Court for the District of Arizona | District of Arizona Case 223-cv-01417-DJH | 401 W Washington St Ste 1 | Phoenix | AZ | 85003 | USA |
| United States District Court for the Southern District of Texas Houston Divi | Case 4200-cv-03500 | Bob Casey United States Courthouse | Houston | TX | 77002 | USA |
| United States Food and Drug Administration / Division of User Fee Manage | 10001 New Hampshire Ave | | Silver Spring | MD | 20993 | USA |
| Universal Protection Service  LP d/b/a Allied Universal Security Services | 4100 E  Jurupa Street Suite #102 | | Ontario | CA | 91761 | USA |
| Upfluence Inc | 214 Sullivan Street  #3A | | New York | NY | 10012 | USA |
| Upfluence Inc | 5230 Las Virgenes Road  Suite 210 | | Calabasas | CA | 91302 | USA |
| URBAN OUTFITTERS FULFILLMENT CENTER | 766 Brackbill Road | | Gap | PA | 17527-9457 | USA |
| Value Merchandisers Company | 6500 Kansas Ave | | Kansas City | KS | 66106 | USA |
| Vegan Action | P O  Box 7313 | | Richmond | VA | 23221 | USA |
| Vegan Awareness Foundation DBA Vegan Action | P O  Box 7313 | | Richmond | VA | 23221 | USA |
| Vendo  LLC | 11601 Wilshire Blvd  Suite 1818 | | Los Angeles | CA | 90025 | USA |
| Vendo LLC | 11601 Wilshire Blvd | Suite 1818 | Los Angeles | CA | 90025 | USA |
| Vendo LLC | 11601 Wilshire Blvd  Suite 1818 | | Los Angeles | CA | 90025 | USA |
| VFR Import Export  Inc | 7 Orchard Road  Ste 101 | | Lake Forest | CA | 92630 | USA |
| Viacom CBS | 24670 Network Place | | Chicago | IL | 60673-1246 | USA |
| Victor Canada | 500-1400 Blair Towers Place | | Ottawa | ON | K1J 9B8 | Canada |
| Vitacost.com | | | Minneapolis | MN | 55405 | USA |
| Vitamin Angel Alliance  Inc | 6500 Hollister Avenue  Suite 130 | | Goleta | CA | 93117 | USA |
| Vitamin Angel Alliance, Inc. | 6500 Hollister Ave Suite 130 | | Goleta | CA | 93117 | USA |
| Vitamin Packs / Persona | 3131 SE Douglas Street  Suite 110 | | Snoqualmie | WA | 98065 | USA |
| Vitaminerals SH.P.K | Dardania Str. Leke Dukagjini, Nr 21 | | Pristina 10000 | -- | -- | Kosovo |
| VMG Partners II  LLC | 39 Mesa Street  Suite 310 | | San Francisco | CA | 94129 | USA |
| VMG Partners IV L P  c/o VMG Partners | The Presidio  39 Mesa Street  Suite 310 | | San Francisco | CA | 94129 | USA |
| VMG Partners IV L P  c/o Winston & Strawn LLP | 333 South Grand Avenue | | Los Angeles | CA | 90071 | USA |
| VMG Partners Mentors Circle IV L P  c/o VMG Partners | The Presidio  39 Mesa Street  Suite 310 | | San Francisco | CA | 94129 | USA |
| VMG Partners Mentors Circle IV L P  c/o Winston & Strawn LLP | 333 South Grand Avenue | | Los Angeles | CA | 90071 | USA |
| VON MAUR DISTRIBUTION CENTER | 6565 N  Brady Street | | Davenport | IA | 52806 | USA |
| Walgreens | 108 Wilmot Road | | Deerfield | IL | 60015 | USA |
| Walmart / Enterprise Business Services | 7028 SW 8th Street | | Bentonville | AR | 78716 | USA |
| Waste Repurposing International Inc  dba Smarter Sorting | 1101 E 6th Street | | Austin | TX | 78702 | USA |
| We Pack It All | 2745 E  Huntington DR | | Duarte | CA | 91010 | USA |
| Wellgo International (Pvt) Ltd | Hasini Kumarapperuma no 7 Araliya Gardens | | Sri Jayawardenepura Kotte | -- | -- | Sri Lanka |
| WIN Nutrition  LLC | 794 Sunrise Blvd | | Mount Bethel | PA | 18343 | USA |
| WIN Nutrition  LLC | 794 Sunrise Blvd | | Mount Bethel | PA | 18343 | USA |
| WINCO - General | 325 Industrial Way | | Myrtle Creek | OR | 97457-8701 | USA |
| Winston & Strawn LLP | 333 S  Grand Ave | |  Los Angeles | CA | 90071-1543 | USA |
| Winston & Strawn LLP  Attn Justin Podjasek  ref Saddle Ranch APG LLC | 200 Park Avenue | | New York | NY | 10166-4193 | USA |
| Wodika Devine  Inc | 25625 Southfield Road  Suite 100 | | Southfield | MI | 48075 | USA |
| Wodika Devine  Inc | 2118 Three Mile Road NW  Suite A | | Grand Rapids | MI | 49544 | USA |
| WPIX | 15190 Collection Center Dr | | Chicago | IL | 60693 | USA |
| WPIX | 5000 Riverside Drive  Suite 200 West Building 5 | | Irving | TX | 75039 | USA |
| Wrike  Inc | 851 W Cypress Creek Rd | | Fort Lauderdale | FL | 33309-2009 | USA |
| Y Meadows  Inc | 9430 Kirkside Rd | | Los Angeles | CA | 90035 | USA |
| Zemanek & Mills  Attn John Zemanek | 11835 West Olympic Boulevard  Suite 360 | | Los Angeles | CA | 90064 | USA |
| Zurich Insurance Company Ltd | 1800 avenue McGill College, suite 1100 | | Montréal | QC | H3A 3J6 | Canada |