# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>COPPER PULSE INC.,[1]<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10439 (LSS)<br><br>Ref. No. 4 |
| In re:<br><br>GOLI NUTRITION INC.,[2]<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 24-10438 (LSS)<br><br>Ref. No. 93 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Petitioner's Final Report and Motion for Entry of an Order (I) Recognizing and Enforcing the Termination Order, (II) Closing the Chapter 15 Case (III) Granting Related Relief* (the "Motion"), filed on May 3, 2024. The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the notice, responses, if any, to the final relief requested in the Motion were to be filed and served on or before June 3, 2024 at 4:00 p.m. (ET).

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtor in this Chapter 15 case and the last four digits of its federal tax identification number is: Copper Pulse Inc. (f/k/a Goli Nutrition, Inc.) (2655). The Debtor is managed from its corporate headquarters, which is located at 2205 Boul. De la Côte-Vertu, suite 200, Montreal, Québec, Canada.

[2] The Debtor in this Chapter 15 case was Goli Nutrition Inc., a company incorporated in Québec, Canada, and the last four digits of its Canadian business number is 0002. The Debtor was managed from its corporate headquarters, which is located at 2205 Boul. De la Côte-Vertu, suite 200, Montreal, Québec, Canada.

It is hereby respectfully requested that the proposed form of final order attached to the Motion, which shall be uploaded to CM/ECF in accordance with the Court's electronic order processing procedures, be entered at the Court's earliest convenience.

Dated: June 4, 2024
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Joshua B. Brooks*
Matthew B. McGuire (No. 4366)
Matthew R. Pierce (No. 5946)
Joshua B. Brooks (No. 6765)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: mcguire@lrclaw.com
        pierce@lrclaw.com
        brooks@lrclaw.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Andrew Rosenblatt (admitted *pro hac vice*)
Francisco Vazquez (admitted *pro hac vice*)
Michael Berthiaume (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: andrew.rosenblatt@nortonrosefulbright.com
francisco.vazquez@nortonrosefulbright.com
michael.berthiaume@nortonrosefulbright.com

*Counsel to the Petitioner*